**FILED**
U.S. District Court
District of Kansas

# UNITED STATES DISTRICT COURT

JUL 1 1 2025

Clerk, U.S. District Court
By _____ Deputy Clerk

for the

DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| Tyler Dane Blanchard | ) | 25-2376 HLT/RES |
| *Plaintiff* | ) | |
| | ) | Civil Action No: |
| v. | ) | |
| | ) | TBD |
| Gardner KS Police Department | ) | |
| *Defendant* | ) | |
| *Et. Al.* | ) | |

### Plaintiff's Sworn Affidavit Of Civil/Constitutional Rights Violations, Corruption/Collusion/Racketeering, Retaliation, Unprecedented Judicial Bias, And The Weaponization/Abuse Of The Judicial System In Complete Bad Faith

- Allow me to just lay it all out there in one single place so everyone knows the full story and the full truth. I cant imagine many more people in all of history having been done wrong more than I have. A story that will surely be a box office hit when it is re-created into a movie. But a movie that might cause the audience to disconnect because it might just be too unbelievable to even believe.

- Rhiannon Zinuticz and I started dating way back in 2003 when we were twelve/thirteen years old. I am now thirty-four. We had an amazing relationship that obviously lasted many many years. Prior to my daughters second birthday, not a single time, not once, did she ever call law enforcement on me for any "domestic violence" nor were there ever any domestic violence accusations. Said again, prior to her filing the custody petition in 2022, NINETEEN YEARS after

DOC 1

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

we started dating in 2003, not a single time were there ever any domestic violence accusations. This is a key fact when you compare that to just how much she has weaponized the judicial system in bad faith against me now...

- Up until July 1, 2023, she was always an amazing girl and was a great partner during the time we were together. We had two of the most amazing smart beautiful, sweet and kind children God ever created. They literally are the best kids ever. I know everybody says that and its "cliche", but they truly truly are. My life changed drastically for the better since the day my son was born in 2018, and not for one second do I think that is a coincidence. It was Gods plan.

- I tell you the following stories of my professional life not to boast or brag, but because they are *key facts* when you compare them to the magnitude of corruption, collusion, conspiring, retaliation, and HARRASSMENT being done to me about "mental health" and "being crazy" and the new recently schemed up one I am being absolutely harassed about, "competency" I literally do not care about my ego, I don't care about my accomplishments necessarily. I don't care about money. I don't care about worldly material things. What I DO care about, and what *burns a fire in my soul*, is my children, the love I have for my two amazing children, and the love they have for me. What I do care about, is being a DAD, pouring strength, wisdom, kindness, knowledge, and love into my kids as many times in a day as I can, every single day.

- All I ever wanted to do is be a DAD to my two children on equal footing with their mother 50/50. Apparently that is asking too much. Apparently in this country we all love so much trying to be a DAD 50% of the time is all but impossible after a person files a piece of paper or steps foot into a "family court" Apparently money and literal pieces of green fiat is more important to this country than the love for children and upholding the constitution and civil and parental rights. Is there anybody *not willing* to make a buck off the backs of children and loving fit parents??? Such a damn shame. Our ancestors and founding fathers and everyone who fought for the freedom of this country would be absolutely ASHAMED at just how corrupt and evil we have allowed it to become.

- Like I said, you can't even make this stuff up. Quite a up and down roller coaster period of my life as you'll see...What a life...

- In ~2012-2013 I started teaching at a college at age 22-23. An accomplishment that I am very very proud of, an accomplishment at such a young age that I doubt has ever been done before or will ever be done again.

DOC 1

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

- In ~2014-2015 I began working for a conglomerate global world class company called Siemens doing Quality Assurance/Project Management on new wind turbine projects. It was an amazing gig with an amazing world class conglomerate company. I was the best inspector to ever do it. They used to call me "Eagle Eye Ty" – I would find probably on average ~125 deficiencies on every new wind turbine that was erected, sometimes up to ~250-300. I implemented a *ton* of new inspection items, processes, and efficiencies for the company.

- In mid 2017 Siemens had all of the quality assurance techs come to Orlando for training. On Saturday was our "team building event" they chartered a fishing boat for us all to go out on. ~30 min into the trip, my direct boss, Nick Martuscelli, proceeding to pour beer on my head from the top deck. I looked up in amazement to see that it was my boss doing this and told him this better not happen again. ~30 min later he poured beer on my head again. I went up to the top deck and got in his face and we had words while somehow managing to act professionally and not get physical with him whatsoever, even though I should have threw him off the freaking boat for what he did. Over the weekend, I sent out an email to various individuals, including his boss Gillian Saunders (who was the head of all quality and safety for Siemens), saying how Nicks conduct is mind numbingly unprofessional conduct and that he should obviously be terminated from his job. Seriously how are you going to work for a company like Siemens, a global conglemerate powerhouse of a company and literally pour beer on your employees head multiple times at a TEAM BUILDING EVENT??? on Monday, Gillian called me into her office and we had a talk. She told me she wasnt firing him and that she was just going to keep an eye on him and monitor him going forward. I proceeded to *literally* tell her it was obviously just a matter of time before I get fired over some BS because Nick, my boss, obviously has it out for me.

- And what do you know? 6 months later, I'm in Quebec Canada, working on a Samsung/Pattern Energy site-One of the other companies contractors on the site was caught not performing lockout tag out procedures correctly (he wasnt using all 3 pins and was only using 2), and there was going to be a site wide meeting with all of the companies on site (Samsung, Pattern Energy, Siemens, etc) about safety and all of the lockout tagout procedures. I showed up to work early that next day to prepare for that meeting and to go through all of our (Siemens) own safety and lockout tagout procedures to make sure that they were all correct and on point. Shockingly, I discovered that we (Siemens) *literally* had steps ordered

**DOC 1**

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

backwards that could have brought a wind turbine crashing to the ground. Siemens had the step by step procedure of unlocking the rotor backwards...We (Siemens) had it where it said to release the brakes *before* pulling the pins out (pins are what locks out the rotor from spinning while you're inside the hub/nosecone working on it) If its windy, which it obviously is on a wind farm site, the rotor would attempt to spin once the brakes were released, the rotor would minutely spin until it caught the pins and the pins would be jammed in there where you couldnt pull the pins out. If the pins get jammed, the turbine is not allowed to free wheel, which is what's necessary in an overspeed condition. (The wind can actually be too high on a wind farm site, and in that case the turbine will yaw aka turn itself *out* of the wind, pitch its blades out of the wind, and will "free wheel") The turbine HAS to be able to freewill. Having the pins get jammed in a situation where the wind is high is one of the ONLY ways realistically a turbine can come crashing to the ground. A very very serious lockout tagout mis-ordering of steps by Siemens obviously. I couldn't believe I found that the steps were backwards, I was literally shocked and couldn't even believe what my eyes were seeing. Immediately after I found this what did I do? I wasn't sending emails or making a big scene on site about this. I was literally on site dealing with my site manager in person telling him about this to mitigate the issues that it was going to cause during our forthcoming site wide meeting.

- Nick Martuscelli called me that night and the conversation went like this. (Mind you, Nick never even apologized for pouring beer on my head multiple times. Who seriously acts like that?) Anyways, here was the 45 second conversation: Nick: "You need to book a flight and come to Orlando."
  Me: "Am I getting fired or what? Because if I am, I need to know because if that is the case I need to pack ALL my stuff instead of just SOME of my stuff (again I was in Quebec and had multiple large suitcases).
  Nick: "Yeah bring all your stuff", and then Nick hangs up on me.

- Because Nick fired me. I packed all my stuff and booked a flight home to Kansas City. The next morning I went to the job site to pack up all my personal stuff I had on site I was using, and the site manager said he got a call to escort me off site. So here I was getting escorted off site and treated like I was a criminal or something the VERY NEXT DAY after I had reported serious issues with our lockout tagout safety procedures. I never did anything but be the most professional employee and one of the best inspectors they've ever had and ever will have. Siemens retaliated against me the very next day for whistleblowing/reporting extremely dangerous

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

and unsafe lockout tag out procedures. And again, I was being a team player. I wasn't sending a bunch of emails about it or making a scene. I literally was working on site with my site manager to let him know about it and to let him handle it with safety personnel, following the chain of command.

- These series of events (and the beer pouring incident six months prior) were extremely traumatic for me, being retaliated against and escorted off site like a freaking criminal when I had done nothing but be an absolute professional for this company the entire time I worked there. I literally told Gillian 6 months prior that I was going to get fired for some BS and it was just a matter of time. And here I was it playing out right before my eyes.

- Like I said I booked a flight home to Kansas City. Siemens *literally* canceled my flight and they also canceled my company credit card, and so there I was literally stranded in Quebec. I had to use my own funds to book a flight back home to Kansas City just to get out of the country. More extreme whistleblower retaliation from a worldclass conglomerate company you would never guess in a million years would treat an indiviual this way.

- Like I said, these series of events, and especially after all I had done for this company was extremely traumatic. These events, and Siemens retaliation, was the direct cause of my November 2017 hospital visit, and the EXACT/ONLY HIPAA protected medical record that I am now being harassed ***over again and again.*** (exerpt below)

was." Pt denied any hx of abuse. Pt reported has associates degree. Pt stated taught "wind energy" at a tech college in KC area from 2012-2014. Pt reported worked for Seamans for past 3 years until 3 weeks ago. PT reported was escorted off the premises. Pt reported this was due to bringing attention to known safety issues. Pt reported wrongly terminated

- A friend of mine that was still working for Siemens around a year later told me that Nick finally got fired. Apparently he was dating one of the ladies that worked in the office in Orlando. The story goes that the Gemesa executives were at the Orlando Branch and they were doing a meeting. (Siemens was looking to acquire/merge with Gamesa at the time. ) I guess the Gamesa executives borrowed Nick Martuscelli's Ipad for some meeting, and while the meeting was going on- Nick's girlfriend, who again worked in the office in Orlando, facetime called Nick on the ipad that the Gemesa executives had, to which they answered the call. Apparently Nicks girl and Siemens super classy and professional employee was in the bathroom in the Orlando office playing with herself in the bathroom for Nick to see, which to her surprise was the Gamesa executives answering the call!

DOC 1

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

- A fitting end I would say. Not surprised one bit. This is how the story of Nick working for Siemens ended. Quite the professional company. If Gillian Saunders would have listened to me and done her job and fired Nick after pouring beer on my head at a team building event, none of those future things would have happened.

- In early 2018 I got into sales. My first sales gig, commission only. I had another job offer at the railroad in Gardner KS at the time, which was probably one of the best highest paying jobs in all of the KC area, but I turned it down and took the riskier job with a higher upside. I never even considered or thought about doing sales before that, but I wanted to be home and I wanted to make good money like I did when I travelled. I never even considered doing sales before. I've always been a very confident individual and always believed in myself, but quite frankly I never even seriously thought I would sell a single solar panel. I ended up crushing it and breaking national company records and was the best sales rep in the entire company. I sold 20 deals in one single month and sold probably 40-50 solar deals in the ~3.5 months I was there. After ~2.5 months or so I was promoted to doing regional manager. Turns out, and little did I know I was working for one of the shadiest companies in the entire industry, Envirosolar. A company who has changed there name so many times and somehow was still able to continue operating. A company that I believe ended up finally getting shut down by the State of Texas, but I cannot verify/nor care to look up to confirm. A CEO Abe Issa who literally has an article on New York Times about how shady he is. With that said, despite him being a super super shyster, my first-hand experience was that he was an awesome CEO. He was actively involved in our daily zoom training that we did every single morning 6 days a week every week, and he pushed me hard and never let me get complacent even after breaking their sales records, something I respected and appreciated about him. Anyway after ~3.5 months or so I was fired and they kept all of my money and commissions I was owed (big amount) I wont tell the full story of the ending of my time at Enviro, because yall probably wouldn't even believe me if I told you, but let me just tell you the ending was odd to say the least. Something super sketch was going on behind the scenes of that company. I did nothing but be an absolute professional for that company and handle my business and make them a TON of money.

- In 2019 I started a company single handedly from the ground up when I didn't have jack squat to my name. I literally filed to start my company while my son who was one month old was laying on my chest peacefully sleeping. I named the

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

company after him, not because I needed anymore motivation as I have always been extremely motivated, but because I knew that naming it after him would light a fire in my soul and that I would NEVER let him down.

- I was right about naming the company after my son lighting a fire in my soul every single day when I woke up. In 2021 my company was the fastest growing company in all of Kansas City doing over 10 million dollars in revenue. An accomplishment I am very very proud of, but at the same time its not the success or material things I am proud of. It was the legacy of my Son I am proud of. It was being able to provide a life for him and being able to provide things to him that I never had.

- I literally worked 12-14 hours a day 7 days a week every single week those first few years in order to build something great and to provide for my family. I don't think I took a single day off. I never stopped. I did this so that my children's mother could be a "stay at home mom" and not have to work and so she could take care of our kids full time and not have to pawn our kids off on a third-party babysitter. I did what I thought any amazing dad would do for his family. I did what I believed my role was at the time. I worked nonstop and I paid all the bills so that she could be with them every second of every day. I sacrificed *immensely* for the benefit of my family. I *knowingly* sacrificed *unbelievably important time* spent with my kids in their most *precious* early years so that my kids spent *every single moment* with their actual family and not a third party like so many people do (that is fine too but that is not what I personally believe is best for my children) I *knowingly* sacrificed *precious time that I will never get back* for the benefit of my children. A sacrifice that Rhiannon frequently ridiculed me about and a sacrifice that Rhiannon frequently threw in my face and held against me. If only I was appreciated for the great sacrifice I made for the benefit of my family, instead of being ridiculed by it.

- I am very very proud of the success I had those years especially while hardly receiving any love or appreciation or respect from my childrens mother for the sacrifice I made and was making. I can only imagine how much even greater success I could of had with a little of those things in my life from her...

- Despite that like I said Rhiannon and I always had an awesome relationship/friendship/co-parenting relationship, even when she got her own house in ~Oct/Nov of 2022. I furnished a good portion of her house giving her a living room set and other items. I bought her new updated fire alarms to put in her

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

place to look our for her and my kids safety/best interests. I also did all of the following (which come from the interrogatory document for Rhiannon)

(a) I paid for 100% of both of our children's births. (specific to the high/expensive fee for the actual birth procedure, not saying 100% of every misc other expense)

(b) You stayed at home full time (no job) with our kids up until the day you moved out in ~Nov 2022

(c) I worked non stop (12 hours a day 7 days a week) during the period you stayed at home with the kids so I could support my kids and build a legacy for them.

(d) I paid ALL of 825 Spruce bills during the time you stayed at home full time with our kids. (Mortgage, homeowners insurance, property taxes, electric, gas, water, trash

(e) I bought our kids a good electric toothbrush (like I had for them at my place) to have at your place after you moved out.

(f) I bought our kids another set of winter coats (like I had for them at my place) to have at your place after you moved out.

(g) I bought our kids another set of winter beanie hats (like I had for them at my place) to have at your place after you moved out.

(h) I looked out for *your* and our kids safety so much *even after you moved out* and I bought you upgraded smoke/fire alarms for your rental home in Gardner after you moved out.

(I) I told you that it was a security/safety risk for you and our kids to constantly leave your garage door open while living at your new husband Josh's house in Olathe.

(j) I've *always* taken care/supported our kids financially *very well beyond* the minimum reasonable standard of care.

(k) Up until the point y'all weaponized my kids against me and made false allegations and false statements against me and stopped allowing me to see nor *even speak to* my two amazing children – I took our son to get a very high quality relatively expensive zero fade haircut every 2 weeks. (by the way how many kids get a zero fade every 2 weeks?? Not many I'm sure)

(l) I coached our sons basketball team two years straight and was an amazing coach and our son *absolutely loved me being his coach* and he had a *ton of fun* and was *extremely happy.*

(m) Our son text me off your phone asking me if your new husband Josh's son M.S could play on our basketball team.

**DOC 1**

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

(n) I text our son back "yeah why not?!" Even though M.S wasn't even signed up to play on our team nor even signed up to play in our league/city) Because I mean...why the heck not?! Do whats best for my son right?!

- We had a great co-parenting relationship and shared equal 50/50 custody (schedule inserted below) from the day Rhiannon moved out and got her own house (10/30/22) until the day she filed the petition (5/11/23) and continuing 50/50 equal parenting time until 7/10/24 when Joann Woltman stole my kids from me unconstitutionally and illegally without even a trial by jury as deemed inviolate by the plain text of the Kansas Constitution (plain text inserted below).

|        | M   | T   | W   | Th  | F   | Sat | Sun |
|--------|-----|-----|-----|-----|-----|-----|-----|
| Week 1 | M   | M/D | D/M | M   | M/D | D   | D   |
| Week 2 | D/M | M   | M/D | D   | D   | D/M | M   |

**§ 5.  Trial by jury.** The right of trial by jury shall be inviolate.

**History:** Adopted by convention, July 29, 1859; ratified by electors, Oct. 4, 1859; L. 1861, p. 48.

- I always provided for my kids welllllll beyond the minimum standards/expectations and I love to do it. My kids literally wear Jordan shoes, Puma, Nike, Reebok, etc etc you name it. They wear $500 cologne most days when they're at my place. My son gets a ~60$ zero fade haircut every two weeks. How many 5/6 year olds do you know that get a zero fade every 2 weeks? Not many if any I am sure. Our kids our taken care of very very well. Both by their mother and by me.

- It's pretty ironic and sickingly comical Rhiannon is now falsely and in *complete bad faith* claiming everything on Gods green earth against me now such as she is 'scared of me" and I am this and I am that.

- Still to this day I seem to look out for her safety *even more than her new husband does*. A handful of months ago or so I told her in person that it was a security risk for them to be leaving their garage door open at all times of the day. I told her I know its their house and obviously they can do what they want, but leaving their garage door open all time is not safe and is risky. I told her to tell her husband that he should stop doing that and should start looking out for her and my kids safety a little better.

DOC 1

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

- Rhiannon omitted the key fact that it was MY DAY to have my kids when she made the false day I picked my kids up at the gym. She completely lies where she says I pushed her in the parking lot. If I truly pushed her then why didn't she call the cops on me like she always does (but not starting until ~2023, 20 years after we started dating) Again I ask you, why does Rhiannon CONTINUALLY conveniently omit key facts that would paint her in a bad light, while INCLUDING all kinds of false statements and accusations against me?? Why didn't she include the fact that it was MY DAY to have my kids that day? Why didn't she include the fact and her conduct of acting in bad faith refusing to very simply give me my kids when I walked into the daycare of the gym that day? (during the period of time before she filed custody petition/before I knew about it-the period when she was constantly trying to get me to agree between us for me to have less than true 50/50 custody) Why didn't she include the part where I did a little fence hop move over the little tiny short wall in the daycare in order to get my kids on my day, I mean dang that would of made me look even worse right?!! Ohhhhhhh I know why!! Because her including that part would of made her explain the first part prior to her false allegations, the part about her initial bad faith actions/conduct where I simply walked in there peacefully to pick my kids up on my day and her refusing to give them to me. The part of her conduct which would of prevented the ability for her to make the false allegations of false events that allegedly (didn't happen) after that. A reoccurring thing as you'll see many times in this affidavit. Very telling....

- Rhiannon makes allegations and claims against me about my alleged conduct at my sisters wedding in May of 2023, a couple weeks or so prior to her filing the custody petition. Once again Rhiannon completely omits the full story of her and her new husbands actions of bad faith that occurred prior to the remaining allegations. The part goes as follows. Whenever Rhiannon first told me she was dating and in a serious relationship with her now new husband Josh, I told her thats awesome and that I am happy for her, and we agreed on one simple rule. A very simple, common courtesy, common respect rule, that I personally believe should be innate in every father (and probably mother too-but definitely fathers) The thing we agreed on and was very simple and easily to follow was that when I am around her and her new man and my kids, I don't want him holding my kids in front of me. *That's it.....*Very simple and mega easy to follow... *especially* when you consider how *few of times and how short of periods of time* in my life I will ever be around all of them in the same place... Was I naive and dumb/controlling

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

enough to think that Josh doesn't pick my kids up maybe if they fell asleep on the couch or something and carries them to their bed or something, or hug them once in a while? No absolutely not. I would *never* try to control that, never did try to control/agree to that, and never would even be naive enough to think that was right. Again it was a simple verbal agreement between us that when I am around them all together, that Josh wouldn't hold my kids in front of me. Literally that is *common respect and common courtesy* that every parent and spouse/partner of a parent should have. It is *completely* disrespectful for a spouse/partner of a parent to do that in front of a kids actual parent, again especially when you consider the very few amount of times and length of time we would all be around each other. But nooooooooo Rhiannon HAS to *once again omit*/leave that part, and the following part out of her story because that just might paint her in a bad light.

- So what does Rhiannon and Josh do instead of acting in good faith on our *one simple mega easy to follow common respect agreement*?!... She literally passes my daughter to Josh to hold her while they are standing right in front of me about 15 feet away, purposely trying to incite a reaction from me -- aka intentional infliction of emotional distress. Another reoccurring theme for her. Did I walk right over there immediately and have words with Josh face to face. You're dang right I did. He broke man code that every man should have innate within them. They broke the one and only agreement/rule we had. Did I physically contact Josh in any way shape or form? No I didn't, never did, never have since, and never will. We had words. The first amendment freedom of speech is a very real thing. He disrespected me. She disrespected me. I did what I personally believe every loving father with common courtesy and respect would do.

- Honestly it is pretty freaking pathetic and sad that I have to go into such petty details of our private lives. But I am unfortunately forced to since she has completely weaponized the judicial system against me and is maliciously causing false allegation prosecution against me and is making false statements and false allegations about me because she is being allowed to (and most likely being encouraged to)

- They filed the summons and the service paperwork on June 13th, 2023. The service company, D&B, didn't even receive it until June 30th 2023. Dont you find it ironic the service processor received this literally the day before my daughter's 2nd birthday (July 1) when the water hose incident occurred, allegedly. Why did it take them 17 days to get this to the service processor?

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

ZINUTICZ, RHIANNON LEA
                      Plaintiff
            vs

BLANCHARD, TYLER DANE
                      Defendant

Case No: 23CV02616
Division:  11
K.S.A. Chapter 60D

## SUMMONS

To the above-named defendant:

    YOU ARE HEREBY NOTIFIED that an action has been commenced against you in this court. You are required to file your answer to the petition with the court and to serve a copy upon the plaintiff's attorney, as follows:

        Name:   CHRISTOPHER T WILSON
        Address: 8645 COLLEGE BLVD STE 250
                 OVERLAND PARK, KS 66210
        Phone:  (913) 339-6888

Within 21 days after service of summons upon you.

    If you fail to do so, judgment by default will be taken against you for the relief demanded in the attached petition, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.



                                /s/ Jennie Leach
                                Clerk of the District Court

Dated:  June 13, 2023

## DOC 1

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

State of Kansas                              County of Johnson                              District Court

Case Number: 23CV02616

Plaintiff:
RHIANNON LEA ZINUTICZ ET AL

vs.

Defendant:
TYLER DANE BLANCHARD



For:
BEAM-WARD KRUSE WILSON & FLETES LLC
8645 College Blvd
Ste 250
Overland Park, KS 66210

Received by D & B Legal Services, Inc. on the 30th day of June, 2023 at 2:01 pm to be served on TYLER DANE BLANCHARD, 825 N
SPRUCE ST, GARDNER, KS 66030.

I, Andrew Wickliffe PPS23-0203, being duly sworn, depose and say that on the 12th day of July, 2023 at 9:03 am, I:

INDIVIDUALLY/PERSONALLY served by delivering a true copy of the Summons, Petition for Determination of Parentage and
Custody of Minor Children, Order to Attend Parents Forever Through Johnson COunty Mental Health Center (JCMHC), Ex
Parte Temporary Orders, Motion for Issuance of Ex Parte Temporary Orders and Request for Guardian Ad Litem or
Alternatively and order for Family Assessment, Notice of Hearing with the date and hour of service endorsed thereon by me, to:
TYLER DANE BLANCHARD at the alternate address of: 431 OAK CIRCLE, GARDNER, KS 66030.

I certify that I am over the age of 18 and have no interest in the above action and the foregoing statements made by me are true and
correct.

Subscribed and Sworn to before me on the 17th day of
July, 2023

_____
NOTARY PUBLIC

_____
Andrew Wickliffe PPS23-0203
Process Server

D & B Legal Services, Inc.
P.O. Box 7471
Overland Park, KS 66207
(913) 362-6110

Our Job Serial Number: POW-2023008630

- On June 30th 2023, the day prior to my daughter's birthday, I was texting
  Rhiannon, acting in good faith like I always do, telling her that I wanted and
  needed to see my daughter half the day on her birthday. I told her I was flexible
  and could have them either the first half of the day, or the second half of the day.
  What Rhiannon omits and doesn't tell the story of is that part and how I was
  flexible and how I was offering to keep them either half of the day. She **refused** to
  answer me. Instead, she shows up the morning of my daughter's birthday on July
  1st with her mother, Teresa, banging on my door for an hour violently so hard that
  it knocked the blinds off my door, which was the day she alleges I committed the
  grave sin of squirting her with water from the garden hose, to which I was charged

DOC 1

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last
Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men
Right?

with two counts of domestic battery for. (one was dropped and the other one was lowered to disorderly conduct) Pretty sad and bizarre in this country you can get battery charges for the grave sin of allegedly squirting somebody with water from a water hose by the way. But that's neither here nor there. Because Rhiannon didn't give me an answer of which half of the day I was to see my daughter on her second special birthday, and because I had them on the day prior, June 30th, I was forced to keep them the first half of the day, which is when Rhiannon and her mother showed up violently knocking on my door while I was making my kids homemade biscuits and, gravy, to which the cops were harassing me at my door, interrupting our peaceful breakfast we were having. She came and got them around noon, as I told her, she could have them either half of the day. She came and got them the second half of the day around noon, like I said, and

- Then when I was going to work, The cop, who wasn't even behind me, I had pulled out of my house, like literally *just* pulled out of my driveway, and I had forgotten something, so I turned around in my driveway, and ran inside, because I was running late, because that was the day I had to move out of my warehouse, and I was actually behind the date, so I had to hurry.

• And the cop, which little did I know he was even behind me, because there wasn't even really enough time for him to be behind me, nor turn his lights on or anything, tased me in my own house, he came into my house and tased me without a search warrant, which is completely illegal and was completely unneccessary and was excessive use of force. (Discovery is needed to determine who this law enforcement officer is and which department he works/worked for) I listed Olathe and Gardner Police Department and Johnson County Sherrifs Department as a defendant due to the fact that im uncertain who this officer was and which department he worked for. As well as being unclear who the ~7 or so officers were that barged in my backyard with guns to my head March 10 2025 (story told later in affidavit)

• An ambulance ended up coming and checking me out and took me to the hospital to make sure I was alright health-wise. At the hospital, they did their scans or whatever, and they weren't able to give me prices or anything like I asked for. Anyway, they checked me out, said I was fine, and I ended up getting a bill from their insurance company for that time at the hospital to which I called them, and the lady I spoke to said that the state or the police's insurance or whoever's insurance that was while I was... under arrest was supposed to take care of that bill. She said she'd never seen that before in her lifetime being there, to which I'm still being harassed and sent the bill of, and to which still has not been paid. (I was planning

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

on including that insurance company on this lawsuit as well but since I have so much other higher level corruption and retaliation going on I decided not to – BUT – this should definitely be investigated as something is going on there.)

• The prosecutor (Kenneth Allison I think his name was) seemed to really be biased and wanted to punish me, he wouldn't even agree to remove the DV tag for freaking water from a garden hose accusation. So I went into the plea hearing not knowing if they were going to drop that. Luckily, the judge removed the DV tag. (By the way Judge Woltman - Therefore, never once in history have I ever committed any DV violences). Like I said Judge Curtis Sample ended up dropping the "battery" charge against Rhiannons mother and lowered the "battery" charge against Rhiannon to disorderly conduct.

• I ended up being required to do probation. And part of the probation was I had to do an anger management class. My first probation officer last name was Denton. I forget his first name. They sent me a list of providers that do the anger management class. And upon calling them all, there was only a few places that would even, that even offered it or would allow me to do it because it had to be a "full day" class. The provider I had to go through was Hope Harbor, I got my probation officer Denton's approval to do exactly what I ended up doing (I have it recorded) I Told him and got approval of if it was okay if I got the completed certificate myself and send it to my probation officer myself - To which he approved. upon scheduling that Class with Hope Harbor they were very unorganized and they charged my credit card and reimbursed my card Probably around nine times to which I never approved. I believe they committed credit card fraud by not getting my approval, By charging me and reimbursing me so many times. I'm not sure what was going on there, but it was really sketchy.

• Anyway, I showed up to Hope Harbor for the class, To which I have the entire thing recorded. They started the class, by doing what seemed like, and definitely was, a examination/evaluation. I told them that an evaluation/examination was not ordered/selected by probation and was *not* part of what I was there for. I was there to do a class to which they lied and said it wasn't an evaluation/examination and said something along the lines of it was to get to know me to help with the class or something like that. They asked me all kinds of weird and personal questions to which I complied with for some reason as I wanted to get this class done and behind me.

• I passed the class with flying colors which again I have the entire thing recorded. I can send you the transcript of the whole thing if you'd like. Not only did they very likely

DOC 1

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

commit credit card fraud but they lied to court services and they lied about their services. They said it was a whole day event yet if I remember right they let me out around noon or one o'clock that day.

So not only did they very likely commit fraud but they literally lied to the court about what kind of class it was. They lied to me about what kind of class it was.

- They gave me my certificate of completion because again I passed it with flying colors and was taking part, cooperating, did every single thing they wanted.

- I left the building, got in my car, and exercised my privacy rights (that were listed in Hope Harbor's OWN agreement). Hope Harbor's own agreement, stated that I could do exactly what I did and, again, I had the whole thing approved from my probation officer Denton prior to showing up to the class. He told me I could get my certificate myself and send it to them. So I felt I had every right because I had approval from my probation officer and I was only simply exercising my privacy rights that were in Hope Harbor's own agreement. So I got in my car. I sent emails, withdrawing any and all, permissions for Hope Harbor to give any and all of my information to anybody and everybody. That was the gist of the emails I sent. The owner of Hope Harbor, Patricia Ballard proceeded to void my certificate for simply exercising my privacy rights per their own agreement, which was unbelievably stressful and traumatic.

- My new probation officer, Miranda Smith, also harassed me about that and required me to take another class, which was ridiculous because I already completed it with flying colors. And Hope Harbor had no reason to void my certificate because I just passed it with flying colors. If I didn't, then they would have never gave me my freaking certificate. Again, this was very traumatic. So I had to do another class. Denton had told me originally I could do a class online as long as it was a legit provider and a legit training but Miranda Smith when making me take another class required me to use the states supplied providers once again. Again I called them all and very few of them offered the "full day" class and very few of them that did offer the class had a class available in time for me to get it done in time because the probation required me to get it done within six months and because I had already gotten it done I ended up getting it done at the very last minute which was extremely stressful and traumatic.

- Rhiannon and I had 50-50 equal custody from when she got her own house Oct 30, 2022 up until July 10th, 2024, when Judge Joann Woltman unconstitutionally and illegally held me in contempt while completely avoiding Rhiannon's contempt filing that I filed on

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

July 8th, 2024. I wasn't even invited to the first couple hearings. She filed the petition on May 11th, 2023. They filed the summons on June 13th, 2023, a month after the original petition, yet D&B didn't even get the service processing paperwork until June 30th 2023. Why did it take them 17 days to send that to the service company and don't you find it ironic that D&B received it literally *one day before* the July 1st 2023 alleged incident??

•       My first attorney was Maggie Anderson. On our first call Maggie proceeded to tell me that she was Joann Woltman's friend, and that they ran in the same circle outside of work. Maggie was *completely* unprofessional and unethical. Upon our first conversations and me asking her very basic and simple questions that every single person would want to know about how the process works and the timelines, etc., she harassed me for even asking basic questions of how the process went. She rushed me and was trying *extremely hard* to get me to send her my financial information from the very first moment I spoke to her, to which I told her there's no reason for them to have my financial information. She also made the extremely unethical and unprofessional statement saying "she was literally going to fire me in six months". So, okay, I'm going to have a lawyer who represents me for six months, and where I get six months into this thing, and then she fires me, and I get threatened of it. I can't imagine a lawyer being more unprofessional she was. (I originally planned on putting Maggie Anderson as a defendant too but chose not to since theres much other higher level corruption and retaliation)

•       Meanwhile, Chris Wilson and Joann Woltman were accusing me and harrassing me about delays for switching attorneys. I brought up the story about Maggie Anderson threatening to fire me in six months on the 8-28-23 court hearing (which I can't confirm because "they didnt record it"). To which Joann Woltman cut me off right as I was telling her the part about Maggie threatening to fire me in 6 months because she didn't want that on the record because she's friends with Maggie and because the judge is supposed to do something about unethical lawyer conduct when she hears about it. She cut me off when I was about three quarters of the way into that story, which is probably the reason why she claims that hearing wasn't recorded when it most likely actually was.

•       Why wasn't I invited to the first couple hearings? (6/21/23 & 7/27/23)

•       Why weren't the first four hearings recorded? (6/21/23, 7/27/23, 8/28/23, & 11/1/23) and the 3/7/25 hearing too by the way

•       How am I supposed to prepare a defense and properly object to things when I am not even invited to hearings and when there is ZERO record/recording of the hearings???

DOC 1

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

•     Why do the first four hearings in my case # 23cv2616 show Linda Tritt as the judicial officer for the first four hearings on the public case record? Linda Tritt retired in ~2017 and was held in violation of judicial conduct canons in ~2018...?

•     On the 11-1-23 hearing, Judge Woltman literally kicked me out of and didn't even allow me on my own hearing because I had technical issues with getting my video turned on (I was on the hearing with audio working fine), which I'm sure is why she says it wasn't recorded because she acted unprofessionally. How is she going to kick me out of my own hearing? Which that is the hearing she ordered a family assessment on.

•     She ordered us to pay $750 for a family assessment, to which I paid. Then when she switched the family assessment to a guardian ad litem, she ordered in her order for the court to give us back our $750, to which they *never gave back*. Judge Woltman *doesn't even follow her own orders*, yet harasses me about her false allegations of me "not following any orders.

•     Rhiannon and I, had been working on a parenting plan and had basically agreed on every single thing. We had agreed upon the parenting time of 50-50, and we also agreed on all the holiday schedule with the kids. I sent Chris Wilson, her attorney, a proposed final parenting plan on 11/13/23.

•     Not ONCE did they ever act in good faith and try to work that out. Never ONCE did they message me back on this when again, Rhiannon and I had already agreed on every single major part of it. Rhiannon literally was in my house a couple different times on the computer reviewing the whole thing and having breakfast with the kids and I. I fully believe that Chris Wilson manipulated her once he seen all the constitutional stuff in the agreement. Rhiannon literally reviewed the whole agreement in my house and the only issues and questions she had were silly questions about the constitutional stuff. She didn't have one issue or one question about any of the main material as far as the parenting time or the holiday schedule etc.

•     In one of their first orders, Chris Wilson said they agreed to mediation, yet why didn't we ever do mediation?? Probably because Woltman was too much of in a hurry to violate me and my children's constitutional rights and take my kids from me.

•     Rhiannon sent me an alternate 50-50 schedule on numerous occasions on Our Family Wizard. (To which i was good with, but I wanted to get the entire agreement agreed on, not just that one part)

•     After my second attorney Preston Drobeck wouldn't fight for my constitutional rights as he said he would when I initially talked to him, I had him withdraw as well. With that said,

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

he was a pretty good attorney for the time I had him represent me, other than him not, being willing to fight for my kids and I's constitutional rights. Preston also helped me on numerous occasions even after he withdraw with various process related questions/clarifications.

• I proceeded to find Ron Palmer who wasn't an attorney but who had written a handful of books on constitutional rights of parental rights etc. Ron helped me draft all the documents since then which included all of the constitutional law material. I thought Ron was on my side and looking out for my best interest but now I'm not so sure. Ron is literally the most verbally abusive person I've ever met times a million. I couldn't even ask the guy simple questions without getting verbally assulted and literally screamed at, to which I could only put up with because I'm as mentally strong as a person can get. Lately, Ron put in my emergency motion with the federal court something along the lines of him being my next friend, to which I never approved. I never said he could be my next friend, he rushed me to file that emergency motion with the federal court the day I got out of jail or the next day without even allowing me to review it. I rescend the "next friend" statement (and still need to review what else was said in that emergency filing he rushed me to file). I am fully and completely competent and do not approve of ANY "next friend" nonsense. Ron also was trying to get me to put two very aggressive paragraphs in my most recent amended federal petition (never filed). I called him out about these two paragraphs, to which, like always, he verbally assaulted the hell out of me about and was yelling at me, telling me that's not what they mean, when they definitely clearly did mean what I thought they did. He also made one comment in a pleading in family court, something along the lines of, the parents have already placed the children, which is absolutely not true, and i rescend that statement because again thats absolutely not true. Ron would NOT allow me to file an affidavit of facts (this affidavit here) of all the wrongs done to me by Judge Woltman (and other parties) in federal court because he said that would be asking the federal court to review my pleadings which he said wasnt allowed. Meanwhile Judge Woltman was filing numerous pleadings/orders trying to make it seem like she was acting so judically. So needless to say I found this really odd. When asking Ron why I shouldnt file an affidavit of facts against Woltman in federal court the weird answers I got back were: 1. They wont do anything about it. And 2. There is no mechanism to (weird since the mechinism is simply emailing it to the federal clerk to file...) Ron is seemingly a pro at filing 100+ page filings that are hard to understand and very complex. If I had to guess, Ron Palmer is some sort of cointelpro agent limited hangout. A guy who puts together 100+ page pleading that are seemingly very constitutionally strong, and then slips in a few key items that screw me over big time. Ron makes it seem like hes so keen on protecting parental rights yet he hasnt even reached out to me a single time since I

**DOC** 1

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

didn't pay his last invoice and since our convo I included above about filing the affidavit of facts. Very very telling which is a big reason that leads me to believe he is some sort of controlled opposition plant. I could very well be wrong about this one but my intuition and gut is always super spot on.

•      Rhiannon and Chris Wilson didn't even start harassing me about so-called "mental health" until around six months or so into the case, which tells you everything you need to know. Not a doubt in my mind that Chris Wilson completely manipulated his client. (and then is a complete coward and drops her as a client right when I am appealing the case to the Appellate court/Supreme court)

•      Rhiannon made a completely false statement in one of the pleadings, something about some security camera statement I made to my kids. She was trying to make it look like I was paranoid. Little did she know those cameras are literally *fake cameras*. Never once did I make those statements to my kids. I mean, why would I? They're literally fake cameras. Do you really think I told my kids that? No, absolutely not. I did not. She got caught in a lie, not knowing that those cameras are literally fake, to which I told her in person after that.

•      Rhiannon and Chris Wilson and Judge Woltman subpoenaed my private HIPAA protected health records for the last TEN YEARS (Fishing/Phishing expedition to say the least) The ONLY health record I got back from Chris was a health record from Nov 2017 (which was mentioned above in the Siemens section). Somebody please explain why here we are in 2023/2024/2025 and I am having my HIPAA protected medical records subpoenad 10 years prior. If that aint harrassment and collusion I guess I dont know what is.

•      Advent Health fraudulently manipulated this record to which I intend to prove (somehow while still maintaining the privacy of this medical record as its my right under HIPAA.) I am very very confident it was frauduently edited/manipulated in 2024 when they got the subpoena from the court. Just a few of the reasons why I know it was manipulated is the following: 1. They said in the documents that I was slamming doors while I was at the hospital. NOT A CHANCE IN HELL did I everslam a door lol. I wanted to get the HELL out there do you really think I am stupid enough to slam doors? Complete insult to my intelligence. 2. They called Rhiannon my "common law wife" (we were married at the time) nevvver would I have called her that and never would they just have came up with that term on their own. 3. Complete sections are oddly crossed out. 4. Appears to be different handwriting.

**DOC** 1

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

- A simple digital investigation/audit of the changes made to that document prior to calendar year 2018 (likely was in 2024) will prove it was fraudulently manipulated/edited.

- They submitted a subpoena for a deposition in ~Jan 2024. Upon showing up to the deposition, I told Chris Wilson probably 7 times I wasn't going to proceed without an attorney present for me. He kept harassing me, so I said, screw it, let's do this. He proceeded to harass me about my "mental health" and my health records, to which I told him they were none of his business and that my records are private, HIPAA-protected health records. The next series of questions from my memory were very simple questions, which I answered. And then at the end of the deposition he harassed me about some imaginary situation of me taking the kids out of state I proceeded to ask him what about when **Rhiannon kept the kids for me two different days and what about when she took my kids out of state against court orders??** Chris Wilson obviously didn't know about that and so he abruptly ended the deposition after that happened. When walking out the door Chris Wilson was trying to intimidate me and said "we'll see how much power the courts have"

| 01/17/2024 | Complete Case History |
|---|---|
| | *FILE STAMP 01/16/24, NOTICE OF DEPOSITION* |

- Again the only health record they sent me was from Nov 2017. Rhiannon and I had two children after that. She lived with me after that. Just a handful of months after that I broke national sales company records. I started a company which proceeded to be the fastest growing company in Kansas City in 2021 after that. That pretty much tells you everything you need to know. Rhiannon and Chris (and anybody else) has zero credibility nor a reason for harassing me about "mental health" after all this happened after this health record that they subpoenaed. Rhiannon has completely weaponized and abused the judicial system is she is being allowed to and likely encouraged to.

- I proceeded to get harassed about financial discovery. The last time I checked, I haven't committed any crime, and there's absolutely zero reason for the court to have ANY of my financial information. I've always taken care of my kids *well beyond* the minimum standards. Again, my kids literally wear Jordans, and my son gets a zero-fade every two weeks. I can take care of my own kids without a court/state babysitter. There's no reason that they need my financial information. It's not a crime to not submit my financial information to the court. But apparently the States get a Title IV-D match from the Federal Government

DOC 1

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

(which is why Robert F Kennedy Jr, Marcilyn Martinez, and Nicolette Bennett and CSS are included as defendants.)

• The state of Kansas and all States for that matter, do whatever they have to do to maximize the amount of Title IV-D money they get. They don't truly care about the best interests of children. They only care about the best interests of their pocket books. Shame on them. Forcing a parent to work for the benefit of the state and jailing them if they dont is called Peonage. Which is illegal. If the State truly cared about children and about men, they would ban child mutilation/torture on male babies at birth, aka circumcision. But apparently this country is more worried about no tax on tips and LGBTQ rights. If a doctor cut off a females body part/skin at birth it would be a crime, but since its a boy nobody gives a crap. Unequal application of the law to say the least. Sad sad evil world we live in...

• In the meantime, me and Rhiannon, we're still on good terms, still co-parenting well. I coached my son's basketball team two years straight. Just this last year in basketball season, my son had texted me and asked me if Rhiannon's new husband, Josh's son, M.S, could play on our team. Mind you, he wasn't even signed up for the league or signed up to play. To which I text him, yeah, sure, absolutely, why not? Here's another example of me acting in good faith, doing what's right for my kids and even what's right for his kids. I literally let his son play on our basketball team so that my son could enjoy the time with him and have fun. I also bought Josh's son a blue light screen for his Nintendo to protect his eyes from dangerous blue light. I tested the water in a water bottle that Rhiannon had given my son and found out that it had high ppm of metals in it, and was acting in good faith, looking out for my kid's best interest, telling her that the water she was giving them wasn't reverse osmosis and had fluoride and other dangerous chemicals in it, to which she smart-assly responded, "thanks for the info", obviously not truly caring or going to do anything about it. I always go above and beyond to take care of my kids.

• On June 4th, 2024, I went to the appellate court to file an interlocutory appeal. Upon arriving at the appellate court, there was still a gate up for COVID, and they would not allow me into the actual clerk's office. I went there to file my interlocutory appeal. I did not go there to get legal advice, nor to have them take my interlocutory appeal behind the scenes and review it with the other clerks and with the chief clerk Douglas Shima. The clerks confused the hell out of me and gave me all kinds of wrong info and literally REFUSED to file my interlocutory appeal. Anthony Bukaty literally told me on a phone call after that that they would have filed my interlocutory appeal if it contained the "MAGIC LANGUAGE" Literally. You cant even make this stuff up. Not filing my pro se interlocutory appeal is

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

illegal and/or unconstitutional. I have the right (not the privilege) the RIGHT to redress my grievance. The clerks job is literally to file documents. Especially pro se documents. Instead, they refused to file it and sent me on my way. (These in person/phone conversations were recorded and the transcripts will be submitted to this court and to the Grand Jury for investigation)

- Do realize that the filing and the proper legal handling of my interlocutory appeal would have put my "family court" case 23CV2616 on hold, it would have prevented Judge Woltman from screwing me over on July 10th and holding me in contempt and taking my parenting time from me (without a trial by jury which is deemed inviolate by the plain text of the Kansas Constitution), and answering all the constitutional questions of law could have and likely WOULD HAVE prevented ALL of the future retaliation and harm done to me, and most importantly, done to my children....

- Because they denied filing my interlocutory appeal I proceeded on date ?? to file a mandamus with the appellate court.

When I was at the court house filing it, the clerks made me scratch off appellate court at the top in the case heading and had me write Supreme Court because they said the Supreme Court handles that. The Surpreme Court ended up denying that for the reason of something along the lines of the lower court can handle that or something like that. Not sure exactly what that means, but are they saying or did they deny that because that was supposed to go to the appellate court? Because, again, the clerks literally had me do that themselves. So if that's why they denied it, that's wrong because the clerks made me cross that off and put it Supreme Court instead of appellate court. Like always it seems the court uses very very vague and confusion language and isn't specefic in any manner whatsoever in their orders so to this day I still have no idea what that order was saying or why it was denied

Is it too much to ask to speak to me like a normal human? My goodness what a country we live in.

- On 7/8/24 Rhiannon filed a handful of motions, including a proposed parenting plan, a domestic relations affidavit, where she assumed my financial information. Rhiannon completely omitted the fact that I was paying over $800 a month for health insurance for me and my kids, which I consider to be fraud. Even if they didn't know the cost of the insurance which im 80% sure I told rhiannon (I could check on OFW) How are they going to ASSUME my income, but not ASSUME my health insurance expenses/cost? Thats wrong. Judge Woltman took this

**DOC 1**

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

financial information as fact, when they weren't facts. Rhiannon also was likely manipulated by her Attorney Chris Wilson to include in her proposed parenting plan that I should be required to do a "Level III Psychological Exam" to which Judge Woltman approved her proposed parenting plan when she did me very dirty on 7/10/24

- They also backdated the child support retroactively like we had the newly ordered schedule (me only seeing my kids every other weekend and every Wednesday night for three hours.) When the truth was, I had them 50-50 the whole time up until July 10, 2024. That is complete fraud to backdate it with the wrong schedule and not the actual schedule that we had.

- On July 8, two days before the July 10 hearing, I filed a contempt motion against Rhiannon for the exact same thing she accuses me of. I also filed an affidavit along with that, proving her contempt. I also filed a continuance to which the judge lied about and acted like she didn't have/see/get. I believe Judge Woltman lied about not seeing the contempt or the continuance.

- The clerk Amanda Evans literally purposely didn't file that after having behind the scenes ex parte conversations of Judge Woltmans pre planned plan, until after July 10th 2024 hearing, where judge held me in contempt. You can see on the documents themselves that they're stamped July 8th. So why did they hold those out for multiple days? (theres more info on this in my interrogatory questions I prepared for all parties)

- Judge Woltman didn't even file the notice of hearing for the July 10th 2024 hearing and what to have prepared, until July 8th, just two days prior to July 10th. Yet she has the audacity to claim that I was wholly unprepared and harass me about that. TWO DAYS notice is absolutely NOT constitutionally adequate notice.

- Judge Woltman has only given me 1 or 2 days notice of hearings on MULTIPLE OCCASSIONS, which is constitutionally inadequate notice. Including the 3/4/25 hearing where she issued a warrant which led to ~7 officers pointing guns on my head in front of my 2 children. Im 90% sure the warrant was expired by the way when the guns were pulled on me so yall need to investigate that too.

- Judge Woltman has not even invited me to multiple hearings including the first few hearings, 6/13/23 and 7/27/23 and also including 3/7/25.

**DOC 1**

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

- Woltman and/or Teresa Catalano-Johnson are COMPLETELY LYING and scheming together about the 3/7/25 hearing by the way. Teresa Catalano-Johnson emailed me saying they didnt record it since it was "just an entry of appearance" by Rhiannons new attorney Sarah Hill. Yet Judge Joann Woltman says in her modified PFA order that she took testimony in this hearing that I wasn't even invited to. Something really really sketchy and some highly illegal collusion is going on here.

- I literally had appendix surgery on 6/13/24 which was done at the University of Kansas Health System (formerly known as Olathe Medical Center I believe), I believe Olathe Medical Center committed medical battery against me. I asked them time and time and time again about using antibiotics (which you will see in the notes when I submit the health documents from the appendix surgery) instead of removing my organ and they lied to me about the effectiveness of antibiotics (theres a study in the last few years that shows they are highly effective)

- Olathe Medical Center gave me ZERO informed consent for the highly dangerous gadolinium agent that they put in the MRI that they gave me.

- And lastly, which is the weirdest/sketchiest part, My Anaesthesiology record is nowhere to be found in the documents Olathe Medical Center sent me. Listen, yall can harass me all you want and say I'm crazy alllllll you want, I really don't care. I've already been harassed as much as a person possibly can. So I really don't give a **** at this point. If all of this happened to you, you would be sketchy about this as well. These are FACTS of things that actually happened, not just some words im putting on paper for my own enjoyment. Reasons this is super sketch below

    1. Like I said my Anaesthesiology record is completely missing. Its NOT there. (I wouldn't have been so sketched out by this if it was simply in the records like it should be)

    2. The Anaesthesiology doctor had me review/sign this AFTER I was given meds which is NOT right.

    3. Im one of those dorks thats detail oriented and reads every single word of every single contract I sign. There was literally a part in there, something about putting technology in my body or something like that. Obviously that sketched me out and so I literally asked the doctor about it

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

and his answer was not to worry about that, because that's not the type of anesthesiology that they were doing for me. For some stupid reason, I just trusted him and accepted his answer as being true and also since I had unbelievable pain I signed the document. Who was this doctor?? I want to know. I want the video of the time I was there.

4. My surgery took 50% longer than normal. (could be normal but still yet another piece of evidence)

5. When Olathe Medical Center sent me the documents, and I realized that the anesthesiology record was missing, I was instantly reminded of the weird section in that anesthesiology agreement they had me sign where it talked about putting technology in my body. And that's when I started wondering if they put something in my body. I went on chat gpt, and I asked it how to test for this at home. And it said one of the easy ways you can test for it is by putting a megaphone up to your body. Apparently, when you put a megaphone up to certain items it can cause a distortion/interference in the sound. When I put it up to my stomach area it literally screams. Freaking creepy, to say the least. I tested this on other parts of my body and on other people and it does not make any sound...

**Like I said call me crazy and mental all yall want lol I really dont care!! We havent even gotten to me getting uranium poisoned, or the creepy bloody biological material bags that someone planted in my freezer, so buckle your seatbelts.**

- My best friend had just died in May or June of 2024 also to which I was still grieving greatly over.

- Judge Woltman is literally the one who scheduled the July 10th 2024 hearing at 9 A.M, which was my exact exchange time to pick up my kids (which that day was my day to get my kids). She set me up for failure. I was either to pick up my kids early or late. If I would have picked my kids up late that day, they would have used that against me. Knowing that, I decided to pick my kids up 15 min early that day. I had a plan that day to have a babysitter watch my kids during the hearing, to which that plan fell through, so I was forced to take my kids with me. Judge Woltman and Rhiannon continuously use this against me, the fact that I took my kids to the hearing with me, when again, Judge Woltman is the one that scheduled the court hearing for the exact time of our parenting exchange. She's the one who set that up. She's the one who set me up for failure, and it's her fault that that even

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

was allowed to happen. When I showed up to the court hearing, Judge Woltman stole my kids from me and had Rhiannon take them at the very start of the hearing. She had Rhiannon take my kids out of the courtroom, and Chris Wilson held the hearing without Rhiannon even present, to which Rhiannon agreed to.

- Upon Chris Wilson hearing that my best friend just died, and that I just literally had surgery and was still recovering, and upon hearing that I filed for a continuance, Chris Wilson literally agreed to the continuance during the hearing. Judge Woltman completely ignored his approval because she was too in a hurry to violate my children and I's constitutional rights, and instead held me in contempt instead of granting my continuance like any judge acting in good faith and acting in line with judicial conduct canons would have.

- That day was my parenting time day. So after the hearing, I was trying to find my kids. Rhiannon was escorted out of the hearing, out of the courthouse, from a police officer that was at the courthouse, to which I found odd. Why was she being escorted out of the courthouse like I was some dangerous criminal or something? Why wasn't I escorted out of the courthouse? Why wasn't I treated the same? I walked over to where Rhiannon was getting my kids in her car and was trying to get my kids back, but the officer told me he wasn't an actual cop and etc etc so I just let it be but even though she held me in contempt that day she hadn't yet filed that order and that was my day to have my kids so that was wrong that they stole my kids before the hearing and that was completely wrong that they didn't give me my kids after that hearing because the order hadn't even been filed yet.

- I believe that Judge Woltmans actions were all pre-planned and I believe the appellate court and the Supreme Court of Kansas and Woltman were talking behind the scenes because the appellate court knows what the clerks did was extremely illegal by not filing my interlocutory appeal. The interlocutory appeal could have and would have literally protected our rights and prevented all these further things from happening. It would have put everything on hold until these constitutional questions of law were handled.

- I filed my notice appeal on date ??? and I filed a handful of other documents to be included in the appellate record, including one about the appellate court illegally and unconstitutionally not filing my interlocutory appeal Doc ???. I literally was

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

so stressed out because of all the wrongs done to me that I literally wrote that by hand on the way to the appellate court.

- Like I said many times, I believe Chris Wilson completely manipulated Rhiannon and completely weaponized her against me and against our kids true best interests, which is to have their mother AND their father in their lives equally 50/50. I also don't believe Chris Wilson even charged her for all the time he spent on the case. Which, I don't know if that's technically unethical or not, but I pretty much guarantee you he never even hardly charged her. I would love to know how much he charges his average client that he has handled a case for for two years and what he charged her. I don't believe for a second that if he would have charged her his normal rates for the time he spent, that this case would have even gotten this far. It would have been handled and settled way before that because, again, Rhiannon and I had agreed on pretty much everything.

- Chris Wilson, I believe, acted completely unethical. Chris Wilson literally dropped her as a client after I appealed. I filed a very long doc 84 to which Rhiannon and Chris Wilson filed an extension to reply (Doc?). In this document I demanded that this be sent to a grand jury for investigation and prosecution. When they ended up responding to it (Doc ?) it was basically a non-response. Basically saying that Rhiannon requested a, non-response or something like that. Another example of Chris Wilson being a coward and likely manipulating his client and making it seem like it was her fault he wasnt responding. Probably because he was actually going to read one of my documents and charge her for once.

- And then like I said Chris Wilson dropped Rhiannon as a client right after that. Why did Chris Wilson drop out? Here he was harassing me the entire case, harassing me over allegations of mental health, harassing me over my HIPAA-protected health records, and trying to intimidate me when I walk out of his office saying, "we'll see how much power the courts have". Yet he's too big of a chump to handle the entire case, including the appeal, and literally tells Rhiannon that she can handle the appeal herself (she told me he said this to her when I later asked her about this??? How professional and unethical is that? That is extremely wrong.

- The Kansas Open Records Act, Contacts, Ladies, Laura Brewer being the main contact for in the documents I requested for my appeal I included a line about including anything and everything else that exists, They did not provide me with

**DOC 1**

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

emails, Which would have been included in anything and everything else that exists. I believe this was very wrong.

- Recently in my request that I just sent to Laura Brewer in early 2025 - Now all of a sudden they're compiling the emails that were sent to send me, Why didn't they include those when I requested everything for my appeal?

- Like I've said many times Rhiannon is completely weaponizing the system and, making false statement after false statement. She lies where she says she's scared of me. She lies when she says she's worried about the kids. It's all a complete lie It's a complete weaponization of the system.

- Rhiannon didn't include, in her PFA petition how our kids lived with me. She puts in the fact that the kids live with her, But doesn't include the fact that the kids live with me as well when we had 50-50. Like I've said Rhiannon was literally in my house multiple times having breakfast with the kids and working out the final parenting plan while the court case was ongoing. Her and her new husband Josh have even allowed me into their house to which no claims ever happened I acted completely professional and cordial like always if they were so scared of me then why did they let me in their house?? Why did Rhiannon even come in my house if she claims to be so scared of me? Rhiannon literally gave me a hug the day she found out her dad died. Do you really think she's scared of me etc etc when she's literally giving me a hug after her dad died?? No not a chance. She knows how good of a dad I am she's seen me coach my kids basketball team two different seasons. She's seen me allow Josh's son to play on our basketball team, she's heard all the calls with my kids when I call them when they're at their moms, shes seen all the texts my kids have sent me when they're over there and how much they love me, she knows my son and daughter ask to call me before bed almost every single night, she knows how much my kids love me yet she completely weaponizes the system and tells lie after lie because she's being *allowed to.*

- Rhiannon text me around six months ago something along the lines of filing some protection order or something like that I don't know the exact terms but this is one of the texts I have tried to request the record of on 5/29/25 (Chief Judge Charles Droege refused to file my document) She told me not to come on her property and to text her when I get there to pick up the kids. I believe I told her same goes for her when she picks up the kids to which again this is a text that I tried to request. If Rhiannon is setting the expectation of a *boundary between us* around six

DOC 1

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

months ago or more, *then why is she coming on my property??* Especially after I believe I told her not to. She's obviously not scared of me and she's obviously trying to maliciously and intentionally cause emotional distress to me.

- The prosecutor should prosecute Rhiannon for trespassing on my property and for Rhiannons false allegations and false statements, and for her likely fraudulent mechanics lien she filed which is attached as Exhibit G

- On November 27, 2024 I tested positive for uranium poisoning to which I have lab records proving. (Exhibit C) I told you my intuition is next level. My gut was screaming at me to go get tested for poisoning, and I am very thankful I listened to myself and went. I got a 20 panel heavy metal test as I didnt know what I had been poisoned with. I was thinking it was probably arsenic or cyanide. Never would have thought it was Uranium as it is the most classified/secure/protected elements there is. My uranium levels were 22x NHANES median level and 4.2x NHANES 95th Percentile.

- Super weird, odd smells started coming from my HVAC system before the time where I tested positive for uranium. I plan on eventually having my HVAC ducts tested. I believe they were being spiked with something. I lived there since 2013 and never *once* smelled that before. This happened on 2-3 occasions for around a week or so per time. (and now these criminals in Johnson county court are trying to force me into unconstitutional on its face house arrest at the house where my hvac system is likely being spiked with poison and where creepy bloody bags are being planted in my freezer) Very telling.....

- I fully believe that all of the courts corruption, conspiring, retaliation, and likely crimes they have committed are the direct link to why I was poisoned. I also fully believe this is the reason those creepy ass sketchy bloody bags were planted in my freezer. I fully believe one of the law enforcement departments put these bloody bags in my freezer on March 10th 2025 when they were at/inside my home after pulling guns on my head)

- I also fully believe this is the reason Project Healthy Minds and the IRS very very very likely committed fraud against me to which I intend to prove. This part of the lawsuit is as clear cut and dry as it gets. DIRECT link to this courts and Rhiannon Zinuticz/Shaffer's and Chris Wilsons and Sarah Hill's and Judge Joann Woltmans "mental health" harassment/conspiracy and rackeetering and a direct link to

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

subpoening my HIPAA private health records and a direct tie to Advent Health likely fraudulently modifying my health record (To be determined in discovery)

- Long story short on the Rippling/IRS/ERTC situation: The government rolled out a employee retention tax credit for companies that kept employees working during COVID, which is when my business had its biggest year. I qualified for a very large amount. When calling the IRS to find out where the hell my check was. I learned that somebody put a fraudulent/random unknown address on one of my company's (Barrett Solar) 941 quarterly tax filings. Rippling was the company that was handling these quarterly returns. Matt MacInnis is the Rippling employee whos name shows up on my other 941 forms Riplling filed. I talked to a few different IRS agents which gave me all kinds of different information about my employee retention tax credit check. They literally told me it was approved yet I stilllllll haven't received it. I find it ironic when the government wants money it's JG Wentworth they want it NOW, but when they owe you money, they just sit on it for over a year.

- Anyways, come to find out because of that random address that was put on my quarterly 941 quarterly tax filing, somehow it changed my overall company address with the IRS. (so Im assuming that would have caused the IRS to mail my check out to this new random address of Project Healthy Minds) I had them tell me what the address was on that filing and they said it was 222 6th St Kansas City MO 64131. Immediately upon getting off the phone, I Googled that address and find out its the address of a NGO called Project Healthy Minds. It didn't take me but 1.5 seconds to put 2+2 together and to know that that's a mental health oraganization and another one second to realize that they are obviously colluding and conspiring with the court, with Rhiannon, with Judge Woltman and all the other parties/defendants and state actors and harassing me over "mental health"

- Project Healthy Minds and Rippling and the IRS obviously jumped the gun committed fraud and got caught red freaking handed. I'm sure they're trying to take my money that the IRS owes me. Upon looking further into NGO Project Healthy Minds and confirming that it is indeed a mental health, non government organization NGO. Project Healthy Minds has some of the world's most powerful companies and people behind it, such as blackrock. former assistant attorney General Sally Yates.etc etc One of the founders/executives used to work at Bully Pulpit, which seems to be involved with government and national public relations crisises, which seems convenient given my circumstances.

**DOC 1**

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

- The 222 6th Street Kansas City MO address is at a trailer park. Somebody please tell me why a company with some of the world's most powerful and richest people and companies in the world has an address at a trailer park....... if that's not sketch, then I don't know what it is I guess. I went to that trailer park address to find out what the hell is going on and to hopefully talk to somebody. But nobody answered the door. And upon looking at the trailer, you can see where there's like five different addresses, the numbers that were once on the trailer, which is pretty odd.

- The IRS absolutely REFUSES to send me that quarterly 941 tax filing. I've requested it multiple times. IRS reps told me on the phone that it was digitally signed, but that it did not have a name printed on it. I can't imagine it's legal or per policy to file a document that didn't have a full signature and full name printed on it. The IRS needs to send me my freaking money I worked my ass off for. I have paid an unbelievable amount of taxes in the last five years. Hell I'll just say it – Without looking through my records I've paid somewhere in the vicinity of $500,000 in taxes in just the last 5 years. I came from nothing and buld myself and built my company single handedly from the ground up, I think I literally had 5k to my name when I started my company in Jan 2019. And yet they have the audacity to sit on my money I earned for over a year???

- There's a lot of all these stories that are clear-cut and dry, such as such as Judge Woltman lying time and time and time again in her orders that punish and harm me and my children, but this is one of the most clear cut and dry things in this entire affidavit. Who put that address on my tax filing? Why did they put that address on my tax filing? Why was a mental health NGO's address on my tax filing? who directed rippling to put that address on my tax filing? Who was rippling and project healthy minds talking to about me? Why did the IRS file a document that didn't even have a printed name on it? Why hasn't the IRS sent me my money yet? What were all the conversations going on between Kansas State Actors, Judges, Rippling, Project Healthy Minds, etc etc?? This situation is massive and demands a grand jury, and it demands that I reached the discovery phase to redress my grievance and get what I'm entitled to and get JUSTICE. I am absolutely sick of the corruption. And when it comes to my money, I don't play around. I worked my *** off to build my company and my life to this point. And I'm not okay with somebody messing with my money that I worked so hard for to build a legacy for my children to inherit.

**DOC 1**

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

- Feb 27 2025 Rhiannon made completely false allegations of "Domestic Violence" against me while picking up our kids from my house. The court weaponizes my kids and says they are witnesses To weaponize them and to punish and hurt me so I'm not able to see them nor talk to them. Yet the court and Rhiannon doesn't put Mercedes rushing on there as a witness when she's a grown adult sitting in the front seat of my truck watching the entire thing. I have a notarized sworn affidavit from Mercedes saying that I made zero physical contact with Rhiannon (attached as Exhibit A). Johnson County Court Charles Droge refused to file this document, which was part of my "omnibus motion" that I tried to file on May 29th, 2025. To get my malicious charges dropped.

- On February 28 2025, Gardner police officer Justin Weathers emailed me requesting an "interview" about the February 27th, 2025 false allegations. If he was so confident and there was such clear evidence, then why did he want to do an "interview"?! Why weren't the charges filed immediately? I emailed Justin Weathers back on March 4th. This email string is attached as exhibit B. They were clearly retaliating, 'cause they know I was getting ready to sue them over Tasing me in my house without a search warrant July of 2023. I'm 90% sure after getting this email, Justin Weathers took off work and had somebody else file the charges, because if you look in the paperwork, you'll see they say that I never responded, which is false. I'm 90% sure Justin Weathers took off work just so he wasn't liable for my response, knowing that he should probably go Arrest Judge Woltman and follow the Constitution like he swore an oath to likely.

- Law enforcement officer Brian Roberson Claims that he personally served me with the PFA paperwork Which he did not. He claims to personally have served me, which? If I'm correct personally serving somebody as handing them the paperwork. If he left paperwork on my porch, I never got it. I never received it. I never knew about it and I never knew what was in it. That's just another reason why the. Violation of a protection order charge is malicious. Not to mention it's over a text message that says. To send me the homeschool info for my children. Not only that, but he had another officer. Sign his paperwork. How can another officer sign the paperwork when it's sworn under penalty of perjury? There's no way that's right. Not to mention, I believe the statute in Kansas says that if you leave paperwork on somebody's porch, you have to mail them a copy, which he also did not do. I was never properly served.

**DOC 1**

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

- March 4th hearing I was given a whopping ONE DAY notice for which was sent to me by email. I coud not make this hearing which I emailed the court to let them know. One day notice is not constitutionally adequate notice.

- On March 10, 2025, approximately ~7 law enforcement officers *violently* stormed through my locked gate to my backyard at my former residence in Gardner with guns drawn at me in front of my two very young amazing children, ages 3 and 6, who were in the backyard, digging holes and finding cool rocks and playing in peace.

- I was arrested and wasn't even allowed to tell my children that their father was okay and that everything was going to be fine, and I was taken to jail. When I asked the cops/sheriffs to be able to speak to my kids for a second before they hauled their father whom they love so much away, I was told something along the lines of "that will traumatize/scare them" Ironic considering so many law enforcement officers just busted into our backyard with guns at my head in front of them. Not only that, but now my children are being weaponized and used as pawns in this corrupt family court system and are being claimed as "witnesses" to my ex-wife's false DV allegations and now here we are almost 4 months later and I STILL haven't even been able to even speak to my kids, not even for 2 min to at least tell them their Dad is okay and everything is going to be alright. Surely them watching a football team of law enforcement officers violently bust through their backyard with guns drawn at their Dads head and then not even allowing them to speak to their dad for over a month since then isn't traumatic/scary to them right?? Surely that is in my kids best interests right?? Surely the majority of the people of Kansas would believe that right?? Yeah I don't think so either... This kind of conduct is straight up abusive. Said in another way, weaponizing my children and using them as pawns and keeping them from seeing and at least *able to speak* to their Dad, whom they love more than anything, is straight up child abuse. I ASSURE YOU that is NOT in their best interest and is NOT what they want. Meanwhile I am quite confident Rhiannon is manipulating them and lying to her own children about their Dad and about what really happened and about why they can't spend time with and/or at least speak to their Dad. My kids call me almost every single day when its not my day to have them and I know they are asking their mother to call their Dad. Cognitive dissonance/stressful/traumatic and anxiety inducing to say the least. Absolutely shameful. Our two children are the most amazing children ever and they do NOT deserve this.

**DOC 1**

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

- Yall weaponize my amazing kids and claim a 3 year old and a 6 year old are "witnesses" against their own Dad, while conveniently omitting a full ass grown ADULT witness (Mercedes Rushing) who was sitting in the front seat of my truck watching the whole thing closely........how convenient! Mercedes Rushing's sworn affidavit is attached (Exhibit A) where she gives her recollection of the February 27 2025 wherein she states I made ZERO physical contact with Rhiannon and wherein she states my kids said it was the best day with dad ever. Before I have even received the evidence/records/recordings I have requested- I am QUITE confident Rhiannon conveniently omitted the KEY FACT Mercedes was in the front seat when making false statements and false allegations to the law enforcement officer. That, and/or the law enforcement officer conveniently omitted this key fact/key witness himself, which wouldn't surprise me one bit either. Time/evidence I requested will tell...

- When asking the law enforcement officers why I was being arrested, I was told different/conflicting things (imagine that). I was told it was for violating a protection order and I was *also* told it was domestic violence related. If I remember right, (before receiving the records/evidence I requested) I asked for the warrant when informing the law enforcement officers that their actions were unconstitutional, to which could NOT be produced. Isn't the warrant required to be served *immediately* upon being arrested? I am not 100% sure, but I do believe it is. I could waste more of my time looking deeper into this, but I would rather save my time and have y'all tell me.
- Im 90% sure the warrant was expired during the time the cops barged in my backyard with guns to my head, by the way,

**Amended Abduction Prevention Order Pursuant to K.S.A 23-ET SEQ**

[Insert Image Here]

- I received a notice of hearing (Exhibit B) email on March 3, 2025, for a court hearing scheduled the *very next day* on March 4 2025. I responded to the email, informing the court that I couldn't make it and that this (1 whopping days notice)

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

wasn't even close to constitutionally adequate notice (a reoccurring unconstitutional act from Joann Woltman). Defendant Woltman failed to mention the second part of it, not being even close to constitutionally adequate notice, which gives a very clear appearance of bias and a lack of upholding the Constitution, which she swore an oath to.

- During the March 4th 2025 hearing. Rhiannon's mother, Teresa Spradley/Wideman/Mcleod gave defamatory and likely perjurous testimony Under oath. saying I've been "crazy for 20 years" etc etc.

- During the March 4th 2025 hearing. there was audio manipulation done on the recording. If you listen to the recording when Rhiannon's mother, Teresa, was giving her perjourous defamatory testimony, the audio completely cuts out and then begins what seems like minutes later when Rhiannon is talking. I fully believe that the court/Judge Woltman and/or court personnel used an ultrasonic audio suppression device or manipulated the audio after the fact, which is completely illegal. Listen to the recording yourself....

- Somebody please tell me why Rhiannons mom, Teresa, was even there and allowed to give testimony. Teresa was sending the cops post from my Twitter (now called X) which is what Judge Woltman lies about in her orders and weaponizes against me and my children. Woltman told so many lies it's not even funny. She says I threatened to use force against anybody that tries to enforce the court's order when that is a **complete lie**. Never once said that or anything like that. Not only that, but Rhiannon's mother, Teresa, very very likely failed to send the cops all of my posts were my children were happy as can be, The posts I made in between the other posts that she sent to the cops.

- The March 7th 2025 hearing. I wasn't even invited to. Something super sinister is going on here where Teresa Catalano Johnson says that it was just Rhiannon's new attorney, Sarah Hills, entry of appearance. But where Judge Woltman says in her order that she  took testimony at this hearing. somebody tell me what the heck's going on here. Sarah Hill didn't enter her appearance until March 11th.

- I'm fully confident that there was fraudulent manipulation of the dates like. ly due to the fact that Judge Waltman realized she messed up and didn't even invite me to the March 7th hearing. and likely due to the fact that they realized the warrant was literally expired when they pulled guns on my head.

- So like I said, I got arrested on March 10th 2025. And so I had court the very next day on March 11th. During that hearing, Sarah Hill harassed me. about mental health and doing a psychological exam or something like that. Before the judge

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing.".

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

was about to speak, I asked him if I could say something. to which he agreed. I informed the judge and Sarah Hill that they should probably realize that I literally caught project healthy minds and likely the IRS committing fraud. on my company's 941 tax filing, which is obviously collusion and mental health harassment and weaponization. This is the first time I believe I told anybody about that immediately after that. Sarah Hill, dropped the mental health harassment and began a new harassment about my competency, saying that I should have to do a competency exam. Magistrate Judge Wayne Smith agreed with her and told me verbally that I had to do a competency exam within 30 days Harassing me about my competency is absolutely laughable and will surely make a comedy someday. I'm literally one of the most competent individuals in the entire nation. I literally taught at a college at age 23. I built the fastest growing company in Kansas City. I've been offered joint ventures from somebody who literally worked in the Obama Department of Energy Loan Department. I've been told by the nation's leading private venture firm that my company has processes and procedures and things that no company they've ever seen that wasn't already backed by private equity has. again, I'm not boasting here. I'm just giving you some examples of my competency.

- On March 12th I had a hearing with Judge Woltman over the PFA. During the hearing Judge Waltman. completely lied and violates her oath in the Kansas Constitution, where she literally tells me I'm not entitled to a trial by jury. A trial by jury is deemed in violate by the plain text of the Kansas Constitution. Judge Waltman also lied. about me requesting a continuance for the PFA. Listen to the recording and see how they tried to rush me. into taking a court hearing that very day. Pretty pathetic to say the least. Judge Waltman lied and said she didn't have any further dates because there was something about a 21 day timeline that had to be met. She got caught when Sarah Hill informed her that she couldn't make it. I'm still unclear what this 21 day timeline is because Judge Waltman is always completely vague and refuses to answer my questions. But here we are. over three months later and that false allegation. PFA still is still exists. I believe in no situation. Is it allowed to exceed 21 days yet? Judge Waltman thinks she can just do whatever she wants because nobody's going to hold her accountable and she knows that chief judge Charles Droge isn't going to recuse her for her bias or appearance of a bias like he should. when discussing the 21 day timeline Sarah Hill literally verbally tried to withdraw as Rhiannon's attorney while on the hearing. Super, super sketchy to say the least. I can't imagine many times in all of

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

history and any core all across the nation has an attorney verbally tried to withdraw while a hearing was ongoing. Something sinister was going on there. Judge Waltman basically literally ignored Sarah Hill saying hold on hold on and then just proceeded to continue the meeting. Sarah Hill never actually withdrew. even though she verbally tried to during this hearing.

- When the March 12 2025 hearing was over. Judge Waltman basically kicked me out of the courtroom while. keeping Rhiannon and her attorney there to continue ex parte communications. When I was in the lobby, getting court records from the help center, I was ambushed by cops and arrested. I was extremely confused and wondering why the heck I was being arrested. Come to find out I was arrested for the claim of violating a protection order. from a whopping 11 days prior. The alleged violation. was a text message sent on March 1st. 2025. That literally says "Hey, When you get a chance, can you send me the kids schooling info and what all they've been working on lately? The more info, the better. Thanks." To get a violation of a protection order charge for that alleged text message is absolutely ridiculous and tells you everything you need to know about this case. These cases and the state of our country and the judicial system. A false allegation. Pfa that I was never even properly served with does not. Trump parental rights or the right to educate your children.

- Remind you, when I was arrested on March 10th 2025 the law enforcement officers told me different things, such as I was being arrested for a violation of a protection order. And they also told me it was for a alleged domestic violence incident. because they mentioned a violation of a protection order on this day, days prior to the March 12th hearing. It's easy to see that they purposely held this ridiculous. charge against me so they could. ambush me while I was in the courthouse and arrest me while I was there. They obviously had that text message prior. to this date and prior to even March 10th. So all they had to do was serve me with that while I was in jail. Instead, like I said, they maliciously held that back and planned it out so they could ambush me while I was in the courthouse on March 12th. They wanted to cause me pain, and they were playing amateur chess, knowing that if they did that, and then told me I had they that I had to go on house arrest. They set me up where I wouldn't want to go into court in person. Amateur chess and completely malicious activity, to say the least.

- So because I got arrested on March 12th I had a court hearing March 13th with Magistrate Wayne Smith. During that hearing, Wayne Smith verbally told me that I had to report for house arrest within 30 days. Somebody please tell me what I

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

did to deserve house arrest? By the way, house arrest is completely unconstitutional on its face. You cannot take somebody's life, liberty or property or freedom without due process of law. Completely unconstitutional and likely illegal. I can't imagine an individual being harassed and retaliated against more than I have. I am not the court's slave. I am not the state's slave. My rights do not come from the government. My parental rights do not come from the government. My rights are God given rights that come from God and God only.

- I fully believe the court and the judges are trying/We're trying to put me on house arrest at the same house where my HVAC system was being spiked with poison, and where bloody, creepy biological bags were being planted in my freezer, and where I have a false allegation. Domestic violence charge, which claims I can't have access to firearms. so that I would be a sitting duck at my house with no way to protect myself so they could have somebody unalive me or so that they could frame me with some crime (bloody bags) Yeah, I said it. 2+2=4


- Reading my notes here and it looks like the April 1 2025 was actually the hearing where Judge Woltman lied saying I requested a continuance and where Sarah Hill oddly verbally tried to withdraw as Rhiannon attorney and where most of the past the 21 day timeline conversations. happened I'm not going to go back to the previous paragraph and correct it. I'm just going to mention it here.
- The warrant for the March 10th. 2025 incident where guns were pulled on my head stated that the law enforcement officers were supposed to. bring my kids back to Rhiannon's house. They did not. Instead, they waited there for Rhiannon to come get my kids from my house. This gave them 30 to 45 minutes at my house. on March 31st. I believe it was is when I found the bloody creepy biological bags in my freezer. which I'm attaching the pictures of as an exhibit. I still have this bloody bag of material at somebody. at somebody's house that you would never think of. And I plan on submitting this to the FBI for investigation. I believe there's only two logical reasons for this which goes as follows. First off, I fully believe the law enforcement officers are the ones that put this in my Freezer. Like I said, they had 30 to 45 minutes at my house on March 10th. 2025. Why didn't they bring my kids to Rhiannon's house like the warrant said? Why didn't they follow the directions? This was likely placed in my freezer. hoping that I would post on social media about it. And so the court could further claim that I was crazy and mental so they could weaponize it against me. or two the more

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

sinister. theory is that the literally somebody's body part that they planted in my freezer so that they could frame me for a serious crime. while I was at my house on house arrest. There's been nobody else in my house except for Mercedes and my maid, and both of them have already confirmed that they did not put it there. I'm one of the most detail oriented and neat and particular people you'll ever meet. I keep my house spotless. Not to mention I had a maid cleaning my house every two weeks. not to mention I had just done a deep clean and organization on my freezer just prior to this.

- Now I'm going to go through a handful of Judge Woltman's lies she tells in orders to punish and harm me and my children

- First off, I've asked Judge Woltman probably at least 10 times during the course of all my hearings. The following question. "do my children have rights in this case?" or "Do my children have constitutional rights in this case?" And do you know what her response is? She responds to these questions every single time with the following. "I'm not here to be interrogated". Seriously???!!!!! I'm not here to be interrogated when I ask her. Do my children have rights in this case? The entire phony family court system is based on the best interest of the kids. Yet Judge Woltman can't even answer the question of if my children have rights??? Somebody please wake me up from this dream because you can't even make this amount of corruption up. Do I really need to say more about Judge Woltman? This tells you everything you need to know.

[Insert Image Here]

- Defendant Woltman states that I "have previously attempted to remove against court orders and without the mother's permission". This is a lie. I have never removed the children from the state of Kansas against court orders. Judge Woltman has mentioned this in many different orders. I have no idea where she's getting even this false information. Because to my knowledge, not ONCE has it ever been mentioned either in a Pleading nor in a hearing itself. Judge Woltman punishes me for this lie yet completely ignores time and time again the fact that Rhiannon has indeed taken my children out of state against court orders and has kept my kids from me on multiple days that were my court ordered parenting time days to which I have told Judge Woltman numerous times.

- Nor do I have any idea what "attempted to remove" means.

**DOC 1**

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

- Judge Woltman should be required to state on the record where she is getting this blatantly false information that she retaliates and uses against me. This information is very important to further show clear bias or at least the appearance of bias. She should be required to state this on the record because she continually refuses to answer/adjudicate my legitimate questions in court hearings. And she should be required to do this because this demonstrates clear crimes committed by Defendant Woltman.

- Furthermore, Judge Woltman demonstrates a clear appearance of bias, or in this case, I would call it obvious bias, where I have told her numerous times that my ex has taken my children out of state without my permission, against the court orders, on a day that was supposed to be my parenting time.

- Judge Woltman refuses to acknowledge this fact, demonstrating clear bias in retaliation against me.

- Judge Woltman states that I have engaged in domestic violence, stalking, child abuse, or neglect. This is another LIE. Judge Woltman should be required to state/explain what exactly she's talking about because this is necessary to show clear bias and retaliation.

- Nor do I know what "engaged in domestic violence" even means.

- In 2023, I plead no contest to disorderly conduct for accusations of the grave sin of squirting my ex-wife with water from a garden hose.

- I'm currently facing a domestic violence charge stemming from accusations from February 27, 2025 when my ex-wife stormed onto my property and had the audacity to open my truck door and try to take my children out of the truck, where they were buckled into their car seats, ready to go to breakfast and enjoy our morning together. She has made false allegations against me, which I fully intend to prove my complete innocence on, (technically the burden of proof is on the

**DOC 1**

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

accuser, so I won't technically need to prove anything-the state will. This is a blatant lie by my ex-wife and is her conspiring to violate civil rights and is her making false statements, which is a reoccurring strategy for her, as is conveniently omitting key facts in key moments/filings that would show/prove she lacks credibility and hasn't acted in good faith whatsoever and would show she is *completely* weaponizing the judicial system and weaponizing our two amazing children against their Dad whom they love so much. The sad part is is that she is only weaponizing the system because she is being *allowed to*, and in my opinion, she is probably being *encouraged to* by her former lawyer Chris Wilson (who dropped her as a client mysteriously/oddly at the very end of our custody case telling her "she can handle the appeal on her own", and her new lawyer Sarah Hill who abruptly verbally tried to also withdraw mysteriously/oddly as her lawyer *during* the April 1 2025 hearing....If I had to guess, I can't imagine a lawyer verbally withdrawing DURING a hearing has happened many times in all of history.

- Defendant Woltman, then states that I've refused to follow a child custody determination. Again, this shows clear bias, or at least the appearance of bias where she completely ignores the numerous times I have told her that my ex-wife has kept the children from me on multiple days, against court orders, where she kept the kids from me and took the kids out of state. Defendant Woltman refuses to acknowledge this fact, to which my ex-wife has never denied and would never deny that because she knows it's true and it can very easily be proven that it's true. This is just another example of clear bias that even a 10-year-old could tell you is clear bias.

[Insert Image Here]

- Defendant Woltman states that I have been served with temporary protection from abuse orders, which I absolutely never received. During the hearing on March 12, 2025, Defendant Woltman stated that Sheriff XXX served me with this temporary protection from abuse order by leaving this document on my porch. If Sheriff XXX did indeed leave a document on my porch, to which I cannot confirm, then it must've blown away in the wind or perhaps somebody removed it from my

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

residence. I NEVER received this document nor knew the contents of it.
Furthermore, SERVICE STATUTE REQUIRES MAIL COPY. WHY THEY
SERVE ME AGAIN IF SO CONFIDENT?

- Defendant Woltman states multiple times that I have refused to return the children
  to their mother, but again, she completely ignores the numerous times I've told
  her that my ex-wife has refused to return the children to me when it was my court-
  ordered parenting time. Again, showing clear bias, or at least the appearance of
  bias.

- Defendant Woltman states I refuse to open the door to my home and that law
  enforcement has attempted to contact me. This shows clear bias. Perhaps
  Woltman should realize maybe I wasn't even home.

- Defendant Woltman states I've secreted myself and the minor children, failing to
  allow any contact between mother and the children. This is a straight-up lie. I've
  never not allowed contact between my children and their mother. Any and every
  single time my children want to talk to their mother or request to talk to their
  mother, I absolutely allow them to call her. Not only do I allow it, but I also
  initiate it by having/helping them place the call. Not only that, I allow my children
  unlimited time to talk to their mother, as any parent who loves their kids more
  than anything and therefore does what's in the children's best interest would do.
  Again, blatant lie, and clear bias or appearance of bias.

- Defendant Woltman states I have made threats that I will have full custody of the
  minor children soon. Defendant Woltman appears to be retaliating against me for
  my First Amendment rights of free speech. Last time I checked this country was
  called America and we had this awesome cool thing called the first amendment
  free speech. The entire family court case I've done nothing but try to have equal
  parenting time with my two amazing children. Again, another example of bias or
  appearance of bias and retaliation.

- Defendant Woltman states I have made threats that I would use violence against
  anyone who attempted to take my children. This is an absolute and utter lie and
  defendant Woltman should be required to state on the record. What exactly she's

DOC 1

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last
Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men
Right?

talking about. I'll go ahead and jump the gun and assume this below post inserted below (will be included in final version) is what she's talking about. Not once in the post did I mention violence. Perhaps Judge Woltman has never read the Bible to realize that the full armor of God is quoted in the Bible. Perhaps she needs a little Jesus in her life.

- She states in her other order titled XXX that I would use violence against anybody trying to enforce the court order, which you can clearly see was absolutely never said. Defendant Woltman is obviously retaliating against me and is biased or at least has the appearance of bias.


- Judge Woltman states I may not directly or indirectly approach the children at any location other than a site designated for supervised parenting time.  This seems to show clear, bias or appearance of bias, or defendant Woltman, jumping the gun, getting ahead of herself, where she mentions supervise parenting time. Supervised parenting time has never been ordered in the case so, where is this coming from??
- Defendant Woltman uses generic vague language, such as may not directly or indirectly approach the children, which leads me to believe that she's setting me up for failure because she's retaliating against me and is biased. What exactly does approach the children mean and where do I find the legal definition of this "approach" term she used.
- Defendant Woltman states that I shall obtain education on the potentially harmful effects to the children from abduction. I deeply believe defendant Woltman should obtain education on the constitution, which she swore an oath to protect an abide by. She should probably also obtain education on adjudicating cases without being completely an utterly biased, and without retaliating against the people of Kansas, who's rights she supposed to be protecting. Perhaps also she should obtain education on how traumatic it is for a 3 year old and a 6 year old to witness seven or so cops and sheriffs pull guns on their father that they love more than anything.
- Perhaps defendant Woltman should obtain education on how abusive it is to not even allow me to talk to my children to let them know that I am fine and everything is going be okay after my very young children witnessed so many cops and sheriffs pulling guns on me.
- Perhaps defendant Woltman should issue an order in the case, protecting my children and I from her own abuse…

**DOC 1**

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

- Defendant Woltman states that the court finds that less intrusive remedies will not be effective. This is a lie. Order 50/50 custody. Rocket science I know
- Defendant Woltman states that the court further finds that exigent circumstances exist. This is another lie.

### Ex Parte Warrant to Take Physical Custody of Child (UCAPA)

- Defendant Woltman states: "and this court, having considered the testimony of petitioner and other witnesses, as well as other evidence adduced, the court finds that there exists a credible risk that a minor child is likely to be wrongfully removed from the state of Kansas in the United States of America, and that, therefore, a warrant is necessary." Somebody tell me what "other evidence adduced means"
- Defendant Woltman fails to mention who the other witnesses are or any details about the witnesses' testimony she claims to have heard.
- Defendant Woltman mentions other evidence adduced, which is completely vague and not specific.
- Defendant Woltman states that the facts upon which the determination of credible risk is based on various claims which I will discuss in the next few bullet points, which are blatant and utter lies.
- Defendant Woltman now states that I have previously removed the children from the state of Kansas without the mother's permission and against the court order. In her last order, she claimed I have attempted to remove them, and now she claims it's a fact that I have indeed previously removed the children from the state. This is another complete and utter lie.
- I have never removed my children from the state against any court order that was actually served on me and that I knew about. Again, Defendant Woltman should be required to state for the record where she is getting this false information because it is important to demonstrate her crimes and bias.
- Again, Defendant Woltman shows retaliation and clear bias, or at least the appearance of bias, here where she completely ignores the numerous times I have

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

told her the fact of my ex-wife removing my children from the state of Kansas without my permission and against this court order which is a provable fact.

- Defendant Woltman states I've repeatedly refused to abide by the court order regarding parenting time while completely ignoring all of the times my ex-wife has refused to abide by the court order regarding parenting time.


- Defendant Woltman states I'm currently refusing to return the children to the care of their mother in accordance with the court order. When again, Defendant Woltman completely ignores the numerous times my ex-wife has refused to return the children to my care in accordance with the court order.
- Defendant Woltman states I'm refusing to allow mother to speak to her children. This is a complete and utter lie. I've never not once refused to allow my children to speak to their mother. Defendant Woltman should be required to prove this because it is a straight up lie. Complete retaliation and biased against me.
- Defendant Woltman again claims I was served with these orders, which is a complete lie. I was not served with these orders until March 10, 2025 when I was violently arrested at gunpoint in front of my very young children and taken to jail. I was served with these documents in jail.
- Defendant Woltman states I've made comments on social media platforms that I would use violence against anyone who attempted to enforce the court order and remove the children from his custody. Again, she should be required to state what comments she's talking about because this is a complete lie. I'm going to assume again it's the below post she's referring to (will include in final version after I get the posts I have requested), to which I never once said anything about violence. Nor did I say anything related to anyone attempting to enforce the court order. Nor did I say anything related to removing the children from my Custody. The post was about criminals breaking into my house.
- Defendant Woltman states I have engaged in incidences of domestic violence against petitioner. This is complete bias and an absolute lie. She stated incidences, which is obviously plural, therefore, she states I have engaged in domestic violence multiple times. She should be required to stay for the record what exact incidences she is referring to because I have never once engaged in domestic violence against petitioner. I HAVE ZERO "DOMESTIC VIOLENCE" convictions

**DOC 1**

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

- Defendant Woltman showed clear bias on the March 12, 2025 hearing where she lied to me about the available dates she had available for a hearing on the protection from abuse matter. She got caught in her lie when the opposing council did not have that date available. Clear retaliation and biased against me.

- Defendant Woltman states hearing on petitioners motion to enforce and this court abduction prevention order under UCAPA is scheduled for May 30, 2025. I find this date odd and sketchy when considering the Kansas appellate court has scheduled their hearing for May 21, 2025. It appears to me that there is ex parte communications, and collusion going on behind the scenes in order to retaliate against me. Johnson County and the Appellate/Supreme court are OBVIOUSLY syncing up dates and scheming against me. Not only this situation but the July 10th 2024 contempt actions Woltman took when just the month prior the appellate court refused to file my interlocutory appeal.

- The Kansas appellate court in general gives pro se lit against 14 days to respond to items. Yet they give themselves three months to decide on a matter, even after claiming to have expedited the case because children are so important. Not only do they give themselves three months to decide, but they told me that even after they decide on May 21, 2025 that the opinion might not come out for a few months, they told me they can release the opinion whenever they want. The Kansas appellate court and their government servants treat the people of Kansas like peons while they take advantage of all their amazing power we the people never gave them.

- EXHIBIT ? XXX story about how the Kansas appellate court refused to file my interlocutory appeal, which I spent tons of time and money on, which was extremely professional, because I didn't have the magic language as they call it. They literally told me they wouldn't file it because I didn't have the magic language. They also gave me legal advice. And confuse the hell out of me by giving me false legal advice and twisting and turning the information they gave me about what's required for a regular appeal, and what's required for a interlocutory appeal. As far as I know, the Kansas Appellate Court Clerk's are

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

required/mandated to file pro se lit against pleadings. Not to mention pro se litigants, are supposed to receive some sort of leniency when it comes to format. But it wasn't format. That was the issue, the interlocutory appeal was clearly done properly and should've been filed. I did not go to the appellate court that day to have the clerks give me legal advice nor did I go there to have them refuse to allow me access to the clerks office and hold me behind a wall upon entry just to take my document back to their office to review it for the legal information and scheme and retaliate against me and print off other information for my case which I did not request. I went there to give my document to the clerk to have them file it. That's it. Their refusal to file my interlocutory appeal hurt me and my children drastically where that would/could have protected me and my children's constitutional rights and our parent child bond, which is one of the most special and important things on God's green earth.

- On March 12, 2025 hearing, after the hearing was over, defendant Woltman kicked me out of the courtroom and told my ex-wife and her council to stay while they had ex parte communications without me present. Defendant Woltman should be required to state on the record a sworn testimony of what was discussed, and my ex-wife and her council should be required to do the same. Clear retaliation and biased against me.

- In or around the exact time, I was being kicked out of the courtroom, and my ex-wife and her council were directed to stay, a warrant was being put together and issued against me for an accusation of a violation of a protection order. A claim that I violated the protection order on March 1, 2025.

- If the accused violation occurred on March 1, 2025, why was it just now being issued on March 12, 2025? Why wasn't this serve on me when I was arrested and taken to jail on March 10, 2025? I believe it's because Judge Woltman is retaliating against me and his biased against me and wanted to cause further troubles and suffering for me.

**DOC 1**

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing;"

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

- On March 12, 2025, after the hearing was over and I was on the first floor in the records department getting the probable cause affidavit record printed off so I can crush these complete false allegations of domestic violence against me, I was arrested in the courthouse and was taken to jail once again for the claim of a violation of a protection order on March 1, 2025. Again, I was never served and never received this PFA document.

- Lastly, the most asinine and absolutely and utterly absurd, clear evidence of bias, retaliation against me XXX, and lack of upholding the oath she swore to uphold, is the following: many many times throughout the family court case, and most recently on the March 12, 2025 hearing, when asking defendant Woltman "Do my children have rights/constitutional rights in this case?" Defendant Woltman responds with an absurd answer of "I'm not here to be interrogated by you" interrogated for asking if my children have rights in this case?! Are you kidding me? Is this real life because you can't even make this up. The entire unconstitutional family court racket is based on the unconstitutionally vague "best interest of the children." How can defendant Woltman claim to be doing what's in the best interest of the children when she can't even answer the most basic and simple question of "Do my children have rights/constitutional rights in this case.??

- It's absolutely absurd. Shame on defendant Woltman and the harm and abuse she is doing to these children.

- Shame on this country, shame on the entire judicial system, and shame on the BAR organization for allowing this system to get this corrupt and to become such a clown show. Here I am in family court for going onto two years in May, having spent over six figures, thousands of hours of my time, having cost me tons of opportunity, cost, tons of pain and suffering, tons of unbelievably important time with my children while they're very young, which are their most important years, I would argue, for a judge to tell me she's not here to be interrogated when I ask her if my children have rights in this case. You have got to be kidding me

**DOC 1**

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

somebody please wake me up from this dream because you can't even make this amount of retaliation and corruption up.

## UNBELIEVABLY CREEPY BLOODY BAGS PLANTED IN MY FREEZER AT MY HOME

- Yes, Seriously............

- Btw I am the most maticulous neat organized and as detail oriented person as you'll ever meet. NO THIS AINT MINE. AND NO I DIDNT "FORGET" THIS WAS IN MY FREEZER. ITS. NOT. MINE. AND. SOMEONE. PLANTED. IT. IN. MY. FREEZER.

- I literally had just done a deep clean on my fridge and freezer about a month prior to that. And I had a maid coming ever 2 weeks to deep clean my place too. She will tell you herself that if even a paper was moved on my desk or something, I would know about it (she just told me that about a week ago)

- I believe law enforcement planted this in my freezer when 7 of them violently stormed through my locked backyard gate pointing guns at me in front of my 3 and 6 year old.

- Judge Woltman told them in the order to bring my kids to Rhiannons house upon serving the warrant, but INSTEAD they stayed there and had Rhiannon come get them which gave them 15-45 min at my house while it was unlocked. The timing fits too considering I had guns pulled on me on 3/10/25 and I discovered it 3/31/25

- NOBODY has been in my house except for my cleaning maid and Mercedes and they both have already confirmed they didnt put it there and have no idea what the hell it is.

- I have two theories that both make a ton of sense once you know/hear the entirety of everything that I know. (I have much much more info thats NOT included in all of these documents)

    1. They wanted me to post about it on social media so they can continue to harass the living hell out of me about their mega bizarre claims of "mental health" and/or say Im crazy and put me in some crazy house with the crazies lol. This theory makes a lot of sense

DOC 1

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

2. Much much more sinister theory.... Trying to frame me for something. Is the contents in the bloody bags body part(s)???.................. (TBD) (FBI)

- I kept the bag and its in undisclosed location (with someone you'd never think of so don't even try me)

- Im planning on turning this into the FBI so they can investigate the contents and do testing on it

- WHAT. A. LIFE. GOODNESS.........

- Lastly, I just realized today that on June 20th, Judge Woltman issued a final order for their protection from abuse malicious false allegation charge. I was never even served notice of this hearing. And also, Judge Woltman told me in a hearing that I'm not entitled to a trial by jury, which is deemed and violate by the Kansas Constitution. There was never a trial by jury. In this case, nor any of my others. My goodness, you cannot even make this stuff up. Weaponizing my children against me. Shame on you. How much more corruption can a man possibly take? The courts and the judges that are supposed to be protecting me and protecting me and my children's rights are literally the ones. Targeting me and harming me and harming my children.

- Maybe if the court wouldn't have obstructed justice and obstructed my right to readjust my grievances by filing my omnibus motion on May 29, 2025, where my goal was to get these BS malicious charges dropped, this never would have happened. Y'all are literally not even letting me file documents. You can't even make this stuff up. Seriously, shame on you. I seriously don't even know how you guys go to sleep at night getting paid to violate parents and children's rights and to take loving, fit parents out of their own children's lives.

- You all do not have the right. To violate parental rights. They are not rights granted from the government. These rights come from God. They are God given rights. That's it. But apparently money is more important to this country.

**By the way, I realize some of the information in this affidavit is repeated, but I'm leaving it all in. Reliving these events is unbelievably traumatic, especially knowing that my children are being weaponized against me. I don't take medication. My children's hugs and their love are the only medicine I need, and I'm being starved of that. My**

DOC 1

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

heart is completely broken. I know everyone says they love their kids, but I promise you no one in the world loves their children more than I do.

There is extreme corruption, retaliation, and what is clearly organized racketeering targeting me. I understand readers of this affidavit may not know the full story like I do-every detail, every contradiction, every setup, but please understand: putting this together has been painful beyond words. Trying to list everything out in order while also keeping each party's misconduct together in one narrative has been nearly impossible.

There is so much more to tell that can't be put into words on paper. I spent over two months, literally two months, working on all the interrogatories meant for these parties, only to have Johnson County Court, specifically Chief Judge Charles Droege, refuse to even file my documents on May 29, 2025.

Do you understand how demoralizing that is? To invest two months trying to seek justice for myself and for my children, only for the court to refuse to even allow it to be heard. This was the second time my filing was unlawfully blocked. The first was when the Kansas appellate court refused to file my interlocutory appeal-my constitutional right.

How terrifying is it to realize that the very people and institutions sworn to protect you are the ones targeting and punishing you? The people who are supposed to uphold your rights are actively working against them.

I'm attaching all my interrogatories to this affidavit and to the forthcoming complaint. I spent over two months working on them, hoping to get false allegations and malicious prosecution dropped. Instead, Johnson County issued a warrant for my arrest because I didn't show up for "house arrest", something I never agreed to and never will. I am not your slave. House arrest is unconstitutional on its face. You cannot take someone's liberty, property, or freedom without due process of law.

Johnson County is purposely scheduling in-person hearings to ambush me and arrest me at the courthouse once again. I literally had a heart attack on May 29, 2025, while trying to file my "omnibus" motion in hopes to get these BS cases dismissed. I emailed the clerk and the Judges assistant to notify the court I couldn't make the May 30th hearing, and I highly doubt they even passed that on. Regardless, Judge Curtis Sample retaliated and issued two new warrants for $20,000 each. That's not justice. That's punishment for daring to stand up.

**DOC 1**

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

Please read my interrogatories in full. They contain even more detail than this affidavit and clearly reveal what is going on beneath the surface.

I am preparing my complaint now. But to be completely honest: I don't even know where to start. What am I supposed to ask for? I can't imagine any individual in U.S. history being retaliated against harder than I have. I genuinely don't know how to quantify what's been done to me. I have been tased, poisoned, arrested, slandered, silenced, surveilled, framed, robbed, and now cut off from my children for daring to fight for them.

If there were still common sense and justice in this country, here is what would happen immediately:

- Judge Woltman would be recused and removed from the bench permanently.

- All retaliatory warrants and any sealed/hidden warrants would be voided and prevented.

- The fabricated PFA order violation—for a harmless text asking for homeschooling information—would be dropped.

- The false domestic violence charge would be dismissed, especially with a sworn affidavit from Mercedes Rushing, an adult eyewitness, confirming I made zero physical contact with Rhiannon.

- At a bare minimum, Judge Curtis Sample should be required to watch the video Rhiannon recorded from that day to confirm whether any physical contact occurred. If it is not 100% clear that it did, the case must be dismissed.

- The protection from abuse order should be dissolved.

- Johnson County should immediately restore 50/50 parenting time or, given the scale of the abuse, award me full custody to protect my children while this federal case proceeds.

Rhiannon should be sanctioned for weaponizing the legal system, for putting money above our children, for pushing false allegations, for filing a fraudulent mechanic's lien on my property in November 2024—a lien for child support (mechanic's liens are clearly for contractors and suppliers, NOT for child support). Rhiannons actions CLEARLY show she values money and worldly things over our children's well-being.

DOC 1

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

I can care for my children emotionally, physically, and financially. I have always done so welllllll beyond minimum standards. I can't even begin to tell you how many people have told me I am the best Dad they have ever seen. I don't need a state babysitter or court order to prove that. I need freedom to parent without being threatened, stalked, or extorted.

Everything above is where justice would begin. What must follow is the grand jury investigation and discovery process. I literally cannot take any more of this BS. I mean seriously what kind of MK-ULTRA torture is going on here?? The targeting retaliation and organized collusion/corruption against me has gone beyond anything I thought was possible in this country.

The appellate court ruled on my case on May 21, 2025. As of writing this, over a month later, I still haven't had the strength to check the result. It's too traumatic. And today, on my daughter's 4th birthday, instead of holding her in my arms, I'm drafting this RICO suit just to fight for the right to be my own childrens father. That says everything about how broken this system is.

I want to move forward with my life. I want to raise my children. I do not enjoy this. But I have no choice.

Parental rights are not privileges granted by the government. They are God-given, sacred, and inalienable. No judge, no court, no agency has the authority to strip me of that right.

It's time this country stopped pretending to care about children and actually did something for them. It's time we put their best interests above the government's pocketbook. The BAR Association is one of the greatest threats to true justice in this country. The fact that only 1–3% of cases ever go to jury trial proves it. That's not justice-it's control.

It has been impossible to find a single attorney willing to stand up for my constitutional rights, let alone truly fight for my children and fight against the very systems that enable them. The system protects itself.

So here I am, praying that justice still exists in this country.

I am asking for help!

DOC 1

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

This lawsuit is my last resort. My last hope. Not just for myself-but for my children, and honestly, for what's left of this country.

The seriousness of the retaliation, conspiracy, and racketeering against me demands a grand jury. It demands discovery. It demands answers.

If I am not allowed to reach the discovery phase, it will be a national disgrace- It will be a violation of due process, obstruction of justice, and a betrayal of every American who believes in fairness and truth.

This case is not just personal-it is of monumental public importance. It is of monumental public importance for the protection, safety, and well-being of children-the absolute fabric of our society. If this level of abuse and retaliation can happen to me, it can happen to any parent in America.

My children are being emotionally harmed every single day this injustice continues. This is not theoretical-this is an active, ongoing crisis. Their innocence, their mental health, and their relationship with their father are being deliberately destroyed by corrupt actors hiding behind the facade of the law.

I have the constitutional right to redress my grievance. I have the right to not be dismissed over man-made case law or procedural games. I have the right to be spoken to like an actual human with clear, concise, detailed language instead of vague legalese that makes zero sense. I have the right to fight back.

I'm sorry to be so blunt, but the truth is simple:

The judicial system in this country is beyond corrupt. Its been weaponized.

It's time to bring back COMMON SENSE to this country. It's time to bring back true justice. It's time for We the People to hold the government and State Actors accountable.

Because if we don't this country will inevitably fall.

To be completely honest and transparent with you, it's hard to even function and get out of bed without being able to see and speak to my children. They are my ENTIRE world.

I'm begging for help. Somebody. Anybody. Please help me. I don't deserve this—but far more importantly, my two amazing children don't deserve this.

DOC 1

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

**I will never stop fighting for my children, for the truth, and for every other innocent parent being crushed by this weaponized system.**

**Where we go one, we go all. God Bless**

Respectfully Submitted

Tyler Blanchard

/s/ Tyler Blanchard

One Of The People/Gods Child

tylerdane1990@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was sent to the clerk for filing this 2nd day of July 2025.

| | | |
|---|---|---|
| Sarah F. Hill #21182 | Andrew J. Jennings | Christopher T. Wilson #1552 |
| 142 North Cherry, Suite 200 | 150 W Santa Fe St | Beam-Ward, Kruse, Wilson, |
| Olathe Kansas 66061 | | Fletes, LL |
| sarah@hilllawkc.com | Olathe KS 66061 | 8645 College Blvd, STE 25 |
| (913) 232-2445 | | Overland Park, KS 6621 |
| Attorney | (913) 715-3300 | cwilson@bkwflaw.co |
| | | Attorne |

| | | |
|---|---|---|
| Rhiannon Zinuticz/Shaffer | Teresa Spradley | Andrew Henderso |
| 13834 S. Mullen St | | |
| Olathe KS 66062 | 431 Oak Circle | 150 W Santa Fe |
| rhiannonzinuticz@gmail.com | | |
| | Gardner KS 66030 | Olathe KS 6606 |
| | | (913) 715-330 |

DOC 1

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

Joann Woltman

150 W Santa Fe St

Olathe KS 66061

(913) 715-3300

Judge/Hearing Officer

Alison Schneider

Kansas Judicial Center

301 SW 10th Avenue

Topeka KS 66212

(785) 296-3229

Wayne Smit

150 W Santa Fe S

Olathe KS 6606

(913) 715-330

Johnson County KS Sheriff Dept

27747 W 159th St

New Century KS 66031

Olathe KS Police Department

501 E Old 56 Highway

Olathe KS 66061

Gardner KS Police Departme

Gardner Justice Cent

16540 Moonlight R

Gardner KS 6603

Teresa Markos
141 Mission Parkway
New Century Air Center, KS 66031
(913) 715-7725
teresa.markos@jocogov.org

Teresa Catalano-Johnson

150 W Santa Fe St

Olathe KS 66061

(913) 715-3300

Teresa.Catalano@jocogov.org

Amanda Evai

150 W Santa Fe S

Olathe KS 6606

(913) 715-330

**DOC** 1

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

Anthony Bukaty

Kansas Judicial Center

301 SW 10th Avenue

Topeka KS 66212

(785) 296-3229

Douglas Shima

Kansas Judicial Center

301 SW 10th Avenue

Topeka KS 66212

(785) 296-3229

Associates at Hope Harbor LL

5800 Foxridge Dr Suite 4(

Mission KS 662(

(913) 710-574

pballard@hopeharborkc.co

Rippling

2443 Fillmore St #380-7361

San Francisco CA 94115

support@rippling.com

Internal Revenue Service

1111 Constitution Ave, NW

Washington DC 20224

Project Healthy Minds Corporatic

PO Box 807

New York, NY 1011

alex.jilla@projecthealthyminds.co

University of Kansas Health System

20333 West 151st Street

Olathe KS 66061

(913) 791-4200

Advent Health

9100 West 74th Street

Shawnee Mission KS 66204

State of Kansa

Kris W. Kobac

120 SW 10th Ave, 2nd Floc

Topeka KS 6621

solicitors@ag.ks.gc

Siemens Gamesa Renewable Energy

4400 North Alafaya Trail Q2

Charles Droege

150 W Santa Fe St

KS Department for Children & Familic

Child Support Servic

**DOC** 1

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

Orlando FL 32826

info@siemensgamesa.com

Olathe KS 66061

(913) 715-3300

PO Box 49

Topeka KS 6660

marcilyn.martinez2@ks.go

(785) 220-840

1-888-757-244

Robert F. Kennedy Jr

Health & Human Services

200 Independence Ave, S.W

Washington DC 20201

Pamela Bondi

US Attorney General

US Dept of Justice

950 Pennsylvania Ave NW

Washington DC 20530

(202) 514-2000

Duston J. Slinka

Acting US Attorne

1200 Epic Cent

301 N Ma

Wichita KS 672(

(316) 269-648

Curtis Sample

150 W Santa Fe St

Olathe KS 66061

(913) 715-3300

Laura Brewer

150 W Santa Fe St

Olathe KS 66061

(913) 715-3300

_____/s/ Tyler Blanchard_____

Tyler Blanchard

**DOC 1**

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

Under penalty of perjury, I hereby declare and affirm that the above-mentioned statement is, to the best of my knowledge, true and correct.

Affiant's Signature: _____ Date: 6/30/25

State of _Kansas_

County of _Crawford_

On _June 30_, 20_25_ before me, _Olivia_ _____, personally appeared _Tyler_ _____ who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of _Kansas_ _____ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Olivia Ullich_ (Seal)

NOTARY PUBLIC - State of Kansas
OLIVIA ULLICH
My Appt. Expires 11/1/29

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Tyler Dane Blanchard                          )
                                              )
_____              )
                                              )
_____              )
(Enter above the full name of the Plaintiff(s) )
                                              )
vs.                                           )          Case Number 25- 2376 HLT/RES
                                              )
Gardner Kansas Police Department, et al       )
Name                                          )
16540 Moonlight Rd                            )
Street and number                            )
Gardner KS 66030                              )
City              State            ZipCode )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.    Parties to this civil action:

      (In item A below, place your name in the first blank and place your present address in the
      second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

      A.    Name of plaintiff  Tyler Dane Blanchard

            Address PO Box 16 Iola KS 66749

            _____

            _____

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B.     Defendant Gardner KS Police Department _____ is

employed at N/A _____

_____

C.     Additional Defendants *See full defendant list _____

_____

_____

II.     Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A.  (If Applicable) Diversity of citizenship and amount:

    1.      Plaintiff is a citizen of the State of _____.

    2.      The first-named defendant above is either

        a.     a citizen of the State of _____; or

        b.     a corporation incorporated under the laws of the State of

        _____ and having its principal place of business

        in a State other than the State of which plaintiff is a citizen.

    3. The second-named defendant above is either

        a.     a citizen of the State of _____; or

        b.     a corporation incorporated under the laws of the State of

        _____ and having its principal place of business in a

        State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

B.    (If applicable)   Jurisdiction founded on grounds other than diversity
(Check any of the following which apply to this case).

[✔] 1.    This case arises under the following section of the Constitution of
the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article__III__, Section__2__;
Statute, US Code, Title__18__, Section _1964_.

[✔] 2.    This case arises because of violation of the civil or equal rights,
privileges, or immunities accorded to citizens of, or persons within
the jurisdiction of, the United States (28 U.S.C. §1343).

[✔] 3.    Other grounds (specify and state any statute which gives rise to such
grounds):

US Code Title 42, Section 1983 & 1985

US Code Title 18 Section 1962 & 1964

US Constitution 5th & 14th Amendment

18 U.S.C 3332(a)-Duty to present to a grand jury

III.    Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to
relief.  State what each defendant did that violated the right(s) of the plaintiff, including
dates and places of such conduct by the defendant(s).   Do not set forth legal arguments.
If you intend to allege more than one claim, number and set forth each claim in a separate
paragraph.   Attach an additional sheet, if necessary, to set forth a short and plain statement
of the claim[s].)

Targeted by a coordinated pattern of retaliation & civil rights/due process violatio

ns in JOCO KS. State & private actors including judges, law enforcement, & court

officials engaged in blocking court filings & blocking redress of grievances. Malici

ous prosecution, false arrests, malicious warrants issues. Poisoned, financially

harmed & cut off from my kids for exposing corruption & asserting parental rights

IV.    Relief:

(State briefly exactly what judgement or relief you want from the Court.   Do not make
legal arguments.)

3

Grand Jury Referral, 100M+ in damages, Declaratory + Injunctive Relief

Immediate full custody parenting time or 50/50 custody

All further relief just and proper

V.    Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☒    No ☐

VI.    Do you claim actual damages for the acts alleged in your complaint?
Yes ☒    No ☐

VII.    Do you claim punitive monetary damages?   Yes ☒    No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

100,000,000+ for emotional trauma, false arrest, malicious/unlawful prosecution,

loss of parental rights, ongoing retaliation, lost income, missed private equity

opportunity, legal fees, pain and suffering, long term trauma, financial harm

Punitive damages are demanded for intentional abuse of power/ Systemic miscor

uct. I reserve the right to amend amounts based on discovery. Treble damages

demanded under RICO 18 U.S.C 1964(c)

VIII.    Administrative Procedures:

A.    Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☐  No ☒

B.    If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

_____

_____

_____

C.    If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

N/A to constitutional claims brought under 42 USC 1983, 1985 & 18 USC

1964(c) No obligation to exhause admin. remedies for federal civil rights

violations. Repeatedly obstructed my filings & denied due process.

IX.    Related Litigation:

Please mark the statement that pertains to this case:

☐    This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☑    Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

/s/ Tyler Blanchard_____
Signature of Plaintiff

Tyler Blanchard_____
Name (Print or Type)

PO Box 16_____
Address

5

Iola KS 66749
_____
City          State          Zip Code

_____
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita, ☒ Kansas City , or ☐ Topeka} , Kansas as the
                              (Select One)
location for the trial in this matter.

/s/ Tyler Blanchard
_____
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☒ Yes or ☐ No }
                                    (Select One)

/s/ Tyler Blanchard
_____
Signature of Plaintiff

Dated: 07/01/2025
  (Rev. 10/15)

6

UNITED STATES DISTRICT COURT

for the

DISTRICT OF KANSAS

| | | |
|---|---|---|
| Tyler Dane Blanchard ) | | |
| *Plaintiff* ) | | |
| ) | Civil Action No: | |
| v. ) | | |
| ) | TBD | |
| Gardner KS Police Department ) | | |
| *Defendant* ) | | |
| *Et. Al.* ) | | |

**PLAINTIFF'S EMERGENCY COMPLAINT SUPPLEMENT - FULL FEDERAL RICO DEFENDANT LIST - EMERGENCY RELIEF REQUESTED - JURISDICTION**

1. Rhiannon Zinuticz/Shaffer

2. Teresa Spradley

3. Joann Woltman – Johnson County KS Judge

4. Teresa Catalano-Johnson - Johnson County KS Clerk

5. Laura Brewer – KORA Representative

6. Amanda Evans - Johnson County KS Clerk

7. Charles Droege - Johnson County KS Chief Judge

8. Curtis Sample – Johnson County KS Judge

9. Chris Wilson – Attorney/Lawyer

10. Sarah Hill – Attorney/Lawyer

11. Andrew J. Jennings – Kansas Prosecutor

12. Andrew Henderson – Kansas Prosecutor

13. Wayne Smith – Johnson County KS Magistrate Judge

14. Teresa Markos – House Arrest Tyrant

DOC 2.1

15. Alison Schneider - KS Court of Appeals/Supreme Court Clerk

16. Anthony Bukaty - KS Court of Appeals/Supreme Court Clerk

17. Douglas Shima - KS Court of Appeals/Supreme Court Chief Clerk

18. Associates at Hope Harbor LLC

19. Rippling.

20. Internal Revenue Service

21. Project Healthy Minds

22. University of Kansas Health System

23. Advent Health

24. Gardner KS Police Department

25. Olathe KS Police Department

26. Johnson County KS Sheriffs Department

27. State Of Kansas/Kris W. Kobach

28. Siemens Gamesa Renewable Energy

29. Robert F. Kennedy Jr. - Health and Human Services Secretary

30. Kansas Department for Children and Families, Child Support Services -  KS Child Support / Title IV-D

## EMERGENCY RELIEF REQUESTED

Plaintiff requests the following emergency relief:

### 1. Impaneling of a federal grand jury under 18 U.S.C. § 3332(a)

Plaintiff respectfully demands that this Court order or formally recommend that the United States Attorney present this matter to a federal grand jury pursuant to 18 U.S.C. § 3332(a) and the Fifth Amendment to the United States Constitution.

The detailed facts set forth in this complaint, supported by sworn affidavit and attached exhibits, establish a credible and compelling basis for grand jury investigation. Plaintiff has documented a coordinated pattern of retaliation, racketeering, deprivation of rights under color of law, conspiracy,

judicial fraud, obstruction of justice, and malicious prosecution, all involving public officials and private actors operating as a corrupt enterprise.

The public interest in this case is overwhelming. The misconduct described herein implicates multiple levels of government, the misuse of judicial power, and the weaponization of law enforcement against a private citizen for daring to assert his constitutional rights. If ever there was a case demanding federal scrutiny, this is it.

Accordingly, Plaintiff demands that a federal grand jury be impaneled immediately without delay to investigate the acts and individuals identified in this complaint, to ensure that criminal liability is properly assigned, and to begin the process of restoring justice and accountability to a system that has been hijacked by corruption and collusion.

### 2. Equitable relief against procedural dismissal, gamesmanship, or technical evasion in light of overwhelming constitutional violations

Plaintiff requests that this Court deny and reject any attempt by Defendants to evade liability or suppress this action through hollow technicalities, manufactured procedural objections, or legal gamesmanship. This case involves extraordinary, well-documented, and sustained constitutional violations—including coordinated retaliation, judicial fraud, unlawful imprisonment threats, denial of parental rights, and the outright obstruction of access to justice.

Plaintiff has endured a level of abuse and corruption that likely exceeds anything ever recorded in the history of Title IV-D enforcement or modern family court retaliation. For any Defendant to respond to such evidence with superficial procedural tactics rather than addressing the substance of these claims is not just offensive to justice—it is a further act of retaliation and bad faith.

Plaintiff therefore asks this Court to exercise its equitable discretion and inherent authority to:

- Deny dismissal based on minor pleading defects or technical imperfections when the facts clearly demonstrate egregious misconduct;

- Hold all Defendants to the highest standard of candor, particularly those acting under color of law;

- And discourage frivolous or bad-faith defenses by treating them as further acts of obstruction, subject to sanctions or adverse inference if appropriate.

Justice must not be denied on the altar of procedural gymnastics. The facts of this case are horrifying, the legal violations are undeniable, and the Court is empowered to act accordingly. This case is not about polished formatting—it is about defending the Constitution and protecting children from a weaponized system.

### 3. Immediate Full Custody of Children (or Equal Shared Custody in the Alternative)

Plaintiff demands immediate full custody of his children in order to protect them from continued harm, trauma, and instability resulting from ongoing state-sponsored retaliation. In the alternative, should the Court decline to grant full custody, Plaintiff requests a mandatory order establishing equal 50/50 parenting time.

This relief is not only warranted - it is constitutionally imperative.

Plaintiff has been subjected to a pattern of extraordinary civil and constitutional rights violations perpetrated by Judge Woltman and the Johnson County court, including unlawful deprivation of parental rights, retaliatory court actions, fabricated allegations, and the outright refusal to accept or file Plaintiff's legal documents. The state court has made it unmistakably clear that it is not a neutral forum, but rather an instrument of coordinated abuse.

The Plaintiff has exhausted all avenues within the state system and has been repeatedly denied access to justice. As a result, he turns to this federal court for intervention - not only to protect his rights, but to safeguard the physical, emotional, and psychological well-being of his minor children.

This Court has both the authority and the duty to intervene where the actions of state officials rise to the level of unconstitutional abuse and systemic collusion. The pattern of retaliation and obstruction is unmistakable, and the urgency of the harm demands swift relief.

Plaintiff therefore prays that this Court grant immediate full custody, or in the alternative, establish equal shared custody with immediate effect so that Plaintiff's children may be protected from further abuse by a system that has weaponized them for financial, retaliatory, and political purposes.

### 4. Immediate temporary restraining order (TRO) and/or preliminary injunction restoring parenting time and contact with Plaintiff's children

Plaintiff requests immediate emergency relief in the form of a temporary restraining order and/or preliminary injunction restoring full access to and communication with his minor children. Continued denial of parenting time under fraudulent and retaliatory court orders constitutes an ongoing and irreparable injury to the parent-child bond.

This Court has both the power and the duty to protect minor children from being used as weapons in a politically motivated campaign of retaliation. Plaintiff seeks restoration of parenting time and contact effective immediately, pending final resolution of this action.

### 5. Injunctive Relief Dismissing or Staying All Outstanding Warrants

Plaintiff respectfully demands that this Court issue an immediate injunction dismissing all outstanding warrants currently lodged against him. In the alternative, should dismissal not be granted at this stage, Plaintiff requests that this Court stay enforcement of all outstanding warrants pending resolution of this federal action.

These warrants are not the result of legitimate legal process — they are the product of retaliatory state action, deliberate obstruction of justice, completely false allegations, and ongoing malicious prosecution. The Plaintiff has been continuously targeted for exercising his constitutional rights, including his right to petition the courts, to speak freely, and to parent his children without government interference.

The record shows that Plaintiff was denied due process at every stage — including the state's refusal to file pleadings, hold hearings in good faith, or acknowledge critical exculpatory evidence. Worse, the warrants were issued under knowingly false pretenses and in bad faith, with full awareness that Plaintiff was actively attempting to assert his legal rights and defend himself.

Absent immediate injunctive relief, Plaintiff faces imminent and unlawful arrest, which would serve no purpose other than to silence, intimidate, and punish him for standing up against systemic abuse. The Court must not allow the State of Kansas to use the force of government to suppress a federal civil rights litigant.

Therefore, Plaintiff seeks immediate injunctive relief dismissing, or at a minimum staying, all outstanding warrants — in order to halt further malicious interference with his liberty and to preserve the integrity of these proceedings.

**6. Dismissal of the violation of protection order charge, considering the non-harassing nature of the communication and supporting evidence**

Plaintiff requests that this Court order the immediate dismissal of the pending charge alleging a violation of a protection from abuse order. The charge is entirely meritless and was filed in bad faith, based solely on a brief and non-threatening communication concerning homeschooling information for Plaintiff's children. The content of the message was not harassing, abusive, or in violation of any reasonable interpretation of the order.

Plaintiff was never even served with the PFA order in question, and therefore could not have knowingly violated its terms. Proceeding with prosecution under such circumstances constitutes a blatant violation of due process. There can be no lawful enforcement of an order that was never properly noticed to the party allegedly subject to it.

This charge represents a clear abuse of prosecutorial discretion and a continuation of the pattern of malicious retaliation and malicious prosecution already documented throughout this case. Rather than serving any legitimate purpose, the charge was designed to criminalize lawful parenting communication and further interfere with Plaintiff's relationship with his children.

The alleged violation was not only de minimis, it was constitutionally protected — grounded in Plaintiff's fundamental parental rights under the First and Fourteenth Amendments. Criminalizing such communication is a direct attack on those rights and represents a dangerous misuse of judicial power.

Supporting evidence, including the actual text message in question, makes clear that there was no threat, no harassment, and no improper conduct. The state's attempt to prosecute Plaintiff over this

message is legally frivolous, ethically indefensible, and part of the broader retaliatory enterprise now before this Court.

Accordingly, Plaintiff demands immediate dismissal of the protection order violation charge, or in the alternative, a declaratory finding that the prosecution is unconstitutional and unenforceable.

**7.** Plaintiff respectfully requests that this Court review and nullify the existing Protection from Abuse Final Order due to fraud upon the court, false allegations, lack of due process, and multiple constitutional violations. Plaintiff was denied a trial by jury—despite clearly asserting his right-and Judge Woltman falsely stated on the record that Plaintiff was not entitled to one, in direct contradiction of both Kansas law and the U.S. Constitution. The final PFA order was issued over 3 months beyond the statutory 21-day limit without proper legal justification, and without providing Plaintiff with a fair opportunity to defend himself.

Most egregiously, the state court refused to file Plaintiff's omnibus motion on May 29, 2025-a pleading which included a sworn, notarized affidavit from adult eyewitness Mercedes Rushing, who observed the entire alleged incident and unequivocally confirmed that Plaintiff made zero physical contact with Rhiannon. The affidavit constitutes exculpatory evidence that directly refutes the basis for the PFA order and was improperly excluded from consideration due to judicial obstruction and retaliation.

Rhiannon recorded video footage of the alleged incident, and Plaintiff explicitly requested review of that footage in his omnibus motion. However, due to the court's unlawful refusal to file the motion, the request was never heard or considered. Plaintiff respectfully demands that this Court compel Judge Curtis Sample and/or Judge Joann Woltman to review said video evidence on the record. If it does not demonstrate beyond any doubt that Plaintiff committed an act of domestic violence, then the PFA final order must be nullified immediately.

In the alternative, Plaintiff requests that this Court issue a declaratory judgment stating that the PFA order was unlawfully obtained, entered in violation of Plaintiff's constitutional rights, and is therefore null and void as a matter of law.

**8.** Plaintiff respectfully demands that this Court issue a permanent injunction prohibiting any and all future acts of harassment, retaliation, intimidation, or malicious conduct by law enforcement officers, court personnel, prosecutors, and other state actors involved in this matter.

Plaintiff has been subjected to an ongoing campaign of abuse carried out under color of law, including but not limited to: retaliatory arrest warrants, refusal to file lawful court documents, the orchestration of malicious criminal charges, unconstitutional interference with parenting rights, unlawful seizure of property, and coordinated efforts to silence Plaintiff's protected speech and legal advocacy.

This pattern of conduct is not accidental - it is part of a deliberate, sustained, and systemic effort to punish Plaintiff for exercising his constitutional rights, including his right to redress grievances, parent his children, and expose corruption in public institutions.

Absent permanent injunctive relief, Plaintiff remains at immediate risk of further unlawful acts of retaliation and abuse. Law enforcement and court officers have already demonstrated a willingness to act outside the bounds of the law, and nothing within the state system has deterred or corrected this misconduct.

This Court must act decisively to halt the campaign of coordinated retaliation and preserve Plaintiff's constitutional rights moving forward. Therefore, Plaintiff seeks a permanent federal injunction barring any future acts of harassment, intimidation, malicious prosecution, or obstruction by the named officials, departments, agencies, and co-conspirators identified in this action.

## 9. Immediate release of unlawfully delayed Employee Retention Tax Credit (ERTC) funds

Plaintiff demands that this Court order the Internal Revenue Service to immediately release all Employee Retention Tax Credit (ERTC) funds that have been unlawfully withheld for over a year despite IRS Representatives telling Plaintiff that his ERTC claim has been approved. The delay is baseless, excessive, and extremely financially damaging.

The IRS has a well-known policy of demanding instant payment when a person owes the them money, but when the roles are reversed, and the government owes a person a substantial refund, they stonewall, delay, and ignore accountability. Plaintiff has paid approximately $500,000 in taxes over the last five years, and now the IRS refuses to return funds that are rightfully owed to him.

The continued withholding of these funds—despite acknowledgement of the claim is not only financially abusive, it is part of the broader pattern of retaliation and obstruction described throughout this action. These funds are not optional or discretionary. They are owed by law.

Accordingly, Plaintiff seeks an order compelling the immediate disbursement of all ERTC funds, with applicable interest, and barring any further delay, interference, or retaliatory action by the IRS.

## 10. Immediate removal, investigation, and referral for prosecution of Judge Joann M. Woltman for constitutional violations, fraud upon the court, and abuse of judicial power

Plaintiff demands that this Court issue a formal referral for the removal, discipline, and criminal investigation of Johnson County District Court Judge Joann M. Woltman. Judge Woltman has committed repeated, willful, and retaliatory violations of Plaintiff's constitutional rights under color of law, and she has no business holding a gavel in any courtroom in this country.

Among countless abuses, Judge Woltman openly stated on the record that Plaintiff is "not entitled" to a trial by jury in a matter involving false allegations and the fundamental right to parent his own

children, despite the Kansas Constitution making jury trial rights "inviolate." This is not judicial error. This is judicial fraud.

Plaintiff has asked Judge Woltman, on the record, at least ten separate times, whether his children have rights in the case. Every single time she answers with "I'm not here to be interrogated." This was not a hostile cross-examination. It was a desperate plea from a father seeking to understand whether the court even recognizes that his children are human beings with constitutional rights. The foundation of all family law is allegedly "the best interest of the child." If Judge Woltman cannot even acknowledge that a child has rights, then her courtroom is not a court of law-it is a political theater of abuse.

Additionally, Plaintiff has formally and repeatedly requested Judge Woltman's recusal due to her clear bias, misconduct, and retaliatory conduct. Chief Judge Charles Droege has refused every request, allowing this ongoing abuse to continue unchecked. His refusal to remove her, despite overwhelming evidence of bias and misconduct, constitutes complicity in the deprivation of rights under color of law and furthers the obstruction of justice detailed throughout this complaint.

Judge Woltman has participated in the filing and enforcement of fraudulent orders, she repeatedly LIES time and time and time again in orders, knowingly ignored exculpatory evidence, violated procedural and constitutional law, violates due process, gives Plaintiff 1 or 2 days notice of hearings which is constitutionally inadequate, or she doesn't even send notice of hearings to Plaintiff at all which has happened on multiple occasions, and used the courtroom as a political and retaliatory weapon to suppress, punish, and silence the Plaintiff.

Her conduct is beneath the dignity of the bench and dangerous to every child and parent in the State of Kansas. She is a liability to justice, a disgrace to the judiciary, and a direct threat to the rights of families.

Accordingly, Plaintiff demands that this Court:

- Formally refer Judge Woltman for investigation to the appropriate federal and state oversight bodies;

- Declare her actions in this case unconstitutional and invalid;

- Recommend her immediate suspension or removal from all cases involving constitutional rights or parental authority;

- Refer her conduct for criminal review under 18 U.S.C. § 242 and any applicable state laws for deprivation of rights under color of law.


## 11. Sanctions, disciplinary referrals, and any further equitable relief against all named defendants

Plaintiff respectfully requests that this Court issue appropriate sanctions, disciplinary referrals, civil penalties, and/or injunctive relief against all other named defendants in this action, both public and private, for their knowing participation in a coordinated scheme to violate Plaintiff's constitutional rights, obstruct justice, and destroy his parental relationship, reputation, and livelihood.

This includes but is not limited to:

- Civil sanctions for abuse of legal process
- Disciplinary referrals to state licensing boards, judicial oversight panels, bar associations, and ethics commissions
- Injunctive relief barring continued retaliation, harassment, or deprivation of rights under color of law
- Any other relief the Court deems just and proper under the law

The factual record supports findings of malice, fraud, bad faith, and conspiracy. These defendants must be held individually accountable for their roles in the enterprise detailed throughout this complaint, and the Court must retain the power to impose broad, case-wide remedies as discovery proceeds.

## 12. Award of costs, fees, and litigation expenses

Plaintiff seeks an award of all litigation-related costs, expenses, and any allowable fees under federal law. While Plaintiff is appearing pro se at this stage, the award of fees remains appropriate under 42 U.S.C. § 1988 and other applicable provisions where constitutional violations are proven and recovery is warranted in the interest of justice.

## 13. Leave to amend damages, claims, and relief as discovery proceeds

Plaintiff respectfully requests that the Court grant leave to amend and supplement this complaint, including the monetary relief sought-as discovery proceeds and additional evidence, injuries, or parties are identified. Given the evolving nature of this RICO enterprise and the complexity of the defendants' conduct, amendment will likely be necessary to ensure full and fair adjudication.

## 14. Expedited discovery and preservation of evidence

Plaintiff requests expedited discovery procedures under the Court's authority, including immediate preservation of all relevant evidence, video footage, communications, records, and metadata related to the events outlined in this complaint. Certain defendants are likely to engage in spoliation or obstruction if relief is not granted swiftly. Time is of the essence to prevent further destruction or concealment of material evidence.

## 15. Protective order prohibiting surveillance, intimidation, or extrajudicial retaliation during litigation

Plaintiff requests a protective order barring all defendants including law enforcement, judicial personnel, private actors, and their affiliates from engaging in any form of surveillance, intimidation, harassment, or interference during the pendency of this litigation. The Plaintiff has

already experienced targeted retaliation for asserting his rights and fears further harm unless federally restrained.

## 16. Preservation of claims and defendants; clarification of named parties and discovery-based scope

Plaintiff respectfully requests that this Court recognize and uphold the following procedural principle: if any individual defendant or entity named in this complaint is later dismissed, deemed improper, misidentified, or otherwise removed from the action, the remaining claims and defendants shall proceed undisturbed without requiring Plaintiff to refile, amend, or restart the litigation.

This is not just standard judicial practice-it is common sense and critical to efficiency for all parties and the Court. Plaintiff should not be punished or forced to restart proceedings due to the complexity of uncovering unbelievably deep, coordinated corruption across multiple layers of government and private actors.

To that end, Plaintiff has intentionally refrained from naming a large number of potential defendants, especially individual officers, administrators, contractors, and corporate actors, in order to streamline the action and avoid excessive party counts at this early stage. There are far more culpable individuals and entities than those named, but in the interest of judicial economy and clarity, Plaintiff is proceeding with a carefully limited set of core actors and known institutions, with the expectation that discovery will reveal additional responsible parties.

Plaintiff has named three separate law enforcement departments due to the current impossibility of knowing, without access to records and discovery, which agency or officers were involved in specific acts of surveillance, harassment, seizure, or retaliation. That is precisely what discovery is for. It would be both premature and procedurally unfair to require exact identification of every actor before the Plaintiff has been permitted access to the very information those defendants are actively concealing.

This Court should therefore grant this request as part of its relief orders and expressly hold that:

- No claim shall be dismissed or undermined merely because one or more named defendants are removed;

- Plaintiff reserves the right to amend to substitute or name additional parties revealed through discovery;

- And the entire complaint shall remain active and in full force regardless of future party adjustments.

This provision is critical to protecting the integrity of the action, preventing gamesmanship by defendants, and ensuring that justice is not delayed, denied, or buried under procedural technicalities.

**17. Denial of immunity defenses for unlawful, retaliatory, and non-judicial acts**

Plaintiff respectfully requests that this Court deny the application of any form of judicial, prosecutorial, or qualified immunity to the acts described in this complaint. The defendants, including judges, officers, and state officials, were not acting in any lawful capacity or within the bounds of their official duties.

Instead, they acted with malicious intent, in bad faith, and in knowing violation of clearly established constitutional rights. Their conduct included retaliation, fabrication of charges, obstruction of access to courts, conspiracy with private parties, document tampering, unlawful surveillance, and willful suppression of exculpatory evidence—none of which are protected by immunity doctrines.

The protections afforded by judicial and qualified immunity do not extend to crimes, conspiracies, intentional constitutional violations, or actions taken outside the scope of lawful authority. These defendants must be held personally accountable.

Accordingly, Plaintiff asks this Court to formally reject the invocation of immunity defenses at this stage and permit full discovery and adjudication of these non-immune acts.

**18. Declaratory judgment affirming violations of constitutional rights**

Plaintiff requests that this Court issue a formal declaratory judgment under 28 U.S.C. § 2201 affirming that the conduct of the named defendants constituted violations of the First, Fourth, Fifth, Sixth, Ninth, Thirteenth, and Fourteenth Amendments to the United States Constitution, as well as statutory violations under 42 U.S.C. §§ 1983, 1985, 1986, and 18 U.S.C. §§ 241, 242, 1962, and 1964.

Specifically, Plaintiff asserts that jailing, threatening to jail, or conditioning freedom on compliance with Title IV-D debt enforcement schemes, including threats of house arrest, court-ordered labor, or forced participation in state programs absent due process or a jury trial, constitutes a violation of the Thirteenth Amendment's prohibition against involuntary servitude and peonage.

This declaratory relief is necessary to formally establish the federal rights at issue, create a clear record of violations, and ensure that government officials, law enforcement agencies, and courts across jurisdictions are on notice that their conduct was unconstitutional, unlawful, and subject to future challenge.

**19. Referral to the U.S. Department of Justice Civil Rights Division and FBI Public Corruption Unit**

Plaintiff respectfully requests that this Court formally refer a copy of this complaint and all supporting materials to the United States Department of Justice Civil Rights Division and to the Federal Bureau of Investigation Public Corruption Unit, for independent review and potential criminal investigation.

DOC 2 1

The allegations presented herein—including coordinated retaliation, deprivation of constitutional rights under color of law, systemic abuse of the judiciary, and participation in a RICO-pattern enterprise involving public officials raise urgent federal concerns beyond the scope of civil redress alone.

This case implicates:

- Judicial corruption

- Law enforcement misconduct

- Prosecutorial abuse

- Obstruction of justice

- Racketeering activity involving public offices

Plaintiff asserts that the facts detailed in this complaint meet the criteria for criminal investigation and civil rights enforcement under existing DOJ and FBI protocols.

Accordingly, Plaintiff asks that this Court exercise its discretion to formally transmit this complaint to the proper federal agencies for review and appropriate action in the interest of justice, public integrity, and constitutional accountability.


## 20. Injunction Against Retaliatory Civil Commitment, Psychiatric Labeling, or Forced Mental Health Evaluations

Plaintiff respectfully requests a permanent injunction prohibiting any attempt by state or federal actors to subject him to involuntary psychiatric evaluations, mental health detentions, civil commitments, or psychological labeling as a retaliatory tool. The Plaintiff has never consented to any such evaluation and has been targeted with fraudulent narratives designed to undermine his credibility, silence dissent, and obstruct his litigation rights.

Use of psychiatric tactics to discredit whistleblowers or litigants has been widely condemned by international human rights bodies and constitutes a form of state-sponsored torture when done without cause or in bad faith. This Court must preemptively enjoin such acts.


## 21. Injunctive and declaratory relief prohibiting retaliatory use of mental health competency proceedings

Plaintiff respectfully requests that this Court issue a protective order and declaratory judgment prohibiting any defendant, including judges, prosecutors, law enforcement, or court services from engaging in retaliatory or pretextual efforts to compel a mental health evaluation or competency proceeding as a means of silencing or discrediting Plaintiff.

Plaintiff was previously notified that he had 30 days to appear for a forced "competency evaluation," despite showing absolutely ZERO signs of incompetency and while actively pursuing valid federal litigation. The timing, context, and manner of this demand were unmistakably

retaliatory. This is a growing tactic used by state actors to punish dissent, strip litigants of their autonomy, and fabricate a basis for unconstitutional intervention in pro se proceedings.

Such misuse of mental health law constitutes a violation of the Fifth and Fourteenth Amendments' due process protections, as well as Plaintiff's First Amendment right to petition the government for redress and defend his children.

Plaintiff seeks immediate and absolute relief ensuring:

- No court or state actor may compel or enforce any mental health or competency evaluation whatsoever;
- All existing records, referrals, notices, or recommendations regarding such evaluations that were issued in retaliation are declared null, void, and unconstitutional.

This safeguard is essential to protect Plaintiff's autonomy, legal capacity, dignity, and due process, and to prevent further retaliatory abuse disguised as concern for mental health.

### 22. Retaliation Monitoring Order + Court-Appointed Oversight

Plaintiff respectfully requests that this Court appoint a neutral federal officer or oversight monitor to track, document, and intervene in any further acts of retaliation, obstruction, or civil rights violations by any defendant or affiliate during the pendency of this case. The Plaintiff has already suffered continued retaliation after filing past complaints, and further abuse is likely without proactive oversight.

This order will ensure the integrity of this litigation and the personal safety of the Plaintiff and his children.

### 23. Order Requiring Defendants to Produce All Records Within 21 Days or Face Sanctions

Plaintiff respectfully requests that this Court order all named defendants to produce, within 21 days of service, copies of all documents, communications, bodycam footage, internal memos, emails, judicial logs, and agency records relating to the Plaintiff and/or the events outlined in this complaint. Failure to comply without justification shall result in sanctions, adverse inference, or contempt proceedings.

### 24. Public Interest Finding + Permission to Share Case with Media or Public Platforms Without Gag Order

Plaintiff respectfully requests that this Court issue a formal declaration recognizing that this case presents issues of substantial public interest and national importance, and that Plaintiff shall not be subject to any gag order, confidentiality requirement, or attempt to restrict public discussion, journalistic coverage, or public dissemination of filings or case materials.

### 25. Preservation and Disclosure of Judicial and Prosecutorial Communications Regarding Plaintiff

Plaintiff requests that this Court order all judicial officers, prosecutors, law enforcement officers, and court staff, and all other defendants named in this action to preserve and produce all internal communications, case memos, and correspondence relating to Plaintiff—including emails, text messages, court docket notes, and sealed filings—whether formal or informal.

These materials are likely to reveal improper coordination, retaliatory intent, and violations of judicial neutrality, and must be secured before further spoliation can occur.

### 26. Declaratory and injunctive relief voiding fraudulent lien and sanctioning abuse of judicial process by Rhiannon Zinuticz

Plaintiff respectfully requests that this Court issue declaratory and injunctive relief nullifying the fraudulent and abusive lien recorded against Plaintiff's property by Defendant Rhiannon Zinuticz (also known as Rhiannon Shaffer), and imposing sanctions for her willful abuse of the judicial system.

In November 2024, Rhiannon knowingly filed a false and fraudulent mechanic's lien on Plaintiff's property, under the guise of a "child support" claim—despite the fact that mechanic's liens are legally reserved for unpaid contractors, laborers, and material suppliers under Kansas law. No such work or services were provided, and the filing had zero legal basis.

This was not a mistake. It was an act of retaliation to interfere with his legal and financial rights. The lien filing was intended to harass, intimidate, and damage Plaintiff's title, credit, and ability to protect his assets—all part of the broader pattern of coordinated abuse outlined in this complaint.

Plaintiff demands that this Court:

- Declare the lien fraudulent, void, and of no legal effect;
- Issue an injunction prohibiting Rhiannon or her agents from filing any future liens or legal instruments without prior court review;
- Impose appropriate monetary sanctions and civil penalties for her abuse of legal process;
- And refer her actions to the appropriate state bar or prosecutorial agency for investigation as potential civil fraud and attempted extortion.

This abuse of the courts to file fraudulent claims against protected property is a violation of due process, equal protection, and property rights under the Constitution. It is also a qualifying act under the RICO statute, constituting attempted extortion through false legal process.

Accordingly, Plaintiff seeks full relief as outlined above, and any additional sanctions this Court deems just and necessary to deter further abuse of the legal system.

### 27. Declaratory relief, injunctive sanctions, and damages for unlawful use of force, assault, and retaliatory tasing by law enforcement

Plaintiff respectfully demands declaratory relief, injunctive sanctions, and compensatory and punitive damages for the unconstitutional use of force by law enforcement personnel who deployed a taser against Plaintiff during a period of nonviolent, nonthreatening, constitutionally protected conduct.

This act of state-sponsored physical assault—executed under color of law—was not only unlawful, it was retaliatory in nature and designed to intimidate, injure, and silence Plaintiff.

The incident constitutes a clear violation of:

- The Fourth Amendment (protection against unreasonable seizure and excessive force);

- The First Amendment (retaliation for protected speech and petitioning);

- And the Fourteenth Amendment (deprivation of liberty without due process).

Plaintiff requests that this Court:

- Issue a declaratory judgment affirming the incident as an unconstitutional use of force;

- Grant injunctive relief barring the officer(s), their department(s), and supervisors from future contact, retaliation, or related use of force without strict judicial oversight;

- Refer the officer(s) and department to the Department of Justice or appropriate internal affairs divisions for immediate investigation and disciplinary action;

- And award financial compensation and punitive damages in proportion to the physical trauma, emotional harm, and ongoing fear inflicted by this unjustified act of violence.

This tasing incident is part of the broader pattern of coordinated retaliation, physical coercion, and systemic abuse of power laid out throughout this complaint. It is not a standalone event. It is a critical piece of the racketeering and state-sponsored oppression the Plaintiff continues to endure.

## 28. Declaratory and injunctive relief for excessive use of force, unlawful threat of deadly force, and unconstitutional warrant execution

Plaintiff respectfully requests declaratory and injunctive relief against the law enforcement officers and their agencies who unlawfully drew and pointed loaded firearms at Plaintiff's head on March 10th 2025, conducted under a likely expired or otherwise unlawful warrant.

This extreme show of force constituted unreasonable seizure, excessive force, and a deliberate threat to life in violation of Plaintiff's rights under the:

- Fourth Amendment (prohibiting unreasonable searches and seizures, including excessive or deadly force),

- Fourteenth Amendment (due process protections),

- And 42 U.S.C. § 1983 (civil liability for deprivation of rights under color of law).

No threat was posed. Plaintiff was not violent, fleeing, or resisting. Yet multiple officers escalated to lethal force without cause-an act that traumatized the Plaintiff and represents a textbook example of reckless, unconstitutional policing designed to punish, terrorize, and silence.

Plaintiff demands that this Court:

- Issue a declaratory judgment finding that the use and threat of deadly force under the circumstances was unconstitutional;

- Order an injunction barring the named officers, departments, and their agents from engaging in any future enforcement action against Plaintiff without prior federal review;

- Refer the incident to the Department of Justice Civil Rights Division and the FBI Public Corruption Unit for immediate investigation;

- And award compensatory and punitive damages for the emotional trauma, endangerment, and violation of civil liberties suffered as a result of the unlawful use of deadly force.

This act of gunpoint intimidation was not an isolated error. It was part of a systematic pattern of targeted, excessive, and retaliatory enforcement against a father trying to assert his rights in a collapsing legal system. It must be condemned and punished as such.


## 29. Injunctive and declaratory relief prohibiting retaliatory mental health labeling and database flagging

Plaintiff respectfully requests that this Court issue an order prohibiting all named defendants, including judicial officers, prosecutors, law enforcement, and affiliated agencies, from initiating, recording, disseminating, or maintaining any record or designation that falsely labels Plaintiff as mentally ill, unstable, or unfit, without lawful process and court-verified medical evidence.

This includes but is not limited to:

- Any state or federal database designations alleging mental instability;

- Any efforts to flag Plaintiff's records with red flags, mental health notations, or high-risk codes;

- Any unlawful use of those false flags to interfere with Plaintiff's legal rights, access to courts, parental status, travel, firearms, employment, or privacy.

These unconstitutional designations, often created without notice or opportunity to contest, are increasingly used as tools of retaliation and suppression against litigants who challenge abuse. In Plaintiff's case, such labels have already been weaponized to justify illegal subpoenas, interfere with legal filings, and mischaracterize Plaintiff's character in judicial forums.

Plaintiff requests that this Court:

- Order the immediate purge of all such false mental health designations or risk labels;

- Enjoin any further use or creation of such records unless supported by lawful court-ordered findings after full due process;

- And issue declaratory relief that retaliatory labeling of litigants is unconstitutional under the First, Fifth, and Fourteenth Amendments.

This relief is critical to protecting Plaintiff's dignity, legal standing, privacy, and constitutional integrity.

### 30. Anti-spoliation order and evidence preservation for all court, law enforcement, jail, and hospital records

Plaintiff respectfully demands that this Court issue an immediate and enforceable preservation order barring all named and affiliated defendants, including hospitals, police departments, sheriff's offices, family courts, and associated clerks from altering, deleting, sealing, or concealing any record, file, surveillance footage, metadata, transcript, or electronic communication involving the Plaintiff.

This includes but is not limited to:

- Body and dash camera recordings;

- Jail intake/release logs;

- Hospital interaction records and surveillance;

- All court audio, video, transcript, docketing, and notice logs;

- Any sealed or redacted filings in Johnson County Family or Criminal Court;

- Any suppressed incident or investigation reports;

- All internal communications regarding Plaintiff or his litigation.

Plaintiff has previously attempted to obtain these records through lawful discovery and KORA procedures, only to be stonewalled or denied. Some critical hearings were recorded; others were not. Evidence has been suspiciously delayed or gone missing entirely.

To protect this Court's jurisdiction and ensure the integrity of discovery, Plaintiff requests that any such evidence destruction be:

- Prohibited immediately;

- Subject to adverse inference or default judgment if violated;

- And monitored by this Court.

This order is necessary to prevent further concealment of wrongdoing and preserve the evidentiary foundation of this case.

### 31. Protective order sealing Plaintiff's personal address and prohibiting retaliatory publication of private data

Plaintiff respectfully demands a federal protective order sealing his current address, contact information, and other sensitive personal data from public access, online court dockets, or retaliatory exposure by state officials or opposing parties.

Given the clear pattern of retaliation, unlawful surveillance, and prior physical endangerment, Plaintiff's use of a P.O. Box is not merely a privacy preference—it is a safety necessity.

Plaintiff has been poisoned, stalked, unlawfully detained, and surveilled. His children have been weaponized. His property has been fraudulently liened. Law enforcement has attempted to entrap or ambush him at known locations.

Accordingly, Plaintiff demands that:

- His home address be sealed in all filings, public dockets, or databases;
- No defendant, clerk, agency, or party may disclose or disseminate his contact information outside of sealed discovery;
- And any current entries already in circulation be removed or redacted from public view.

This relief is essential for Plaintiff's safety, the protection of his family, and the integrity of this case.


### 32. Court appointment of enforcement monitor or oversight mechanism

Plaintiff respectfully requests that this Court appoint a federal enforcement monitor, independent oversight officer, or other judicial mechanism to supervise compliance with this Court's orders, especially where preliminary or permanent injunctions are granted.

Defendants in this action have already demonstrated contempt for court rulings, refusal to file pleadings, manipulation of dockets, retaliatory abuse, and document suppression. Without court-supervised oversight, there is a substantial risk of noncompliance, delay, or ongoing abuse.

Plaintiff requests that such oversight include:

- Monitoring compliance with injunctive orders;
- Confirming preservation of evidence;
- Facilitating third-party neutral record production when needed;
- And reporting directly to the Court on violations, delays, or obstruction.

This is necessary to uphold the rule of law, ensure transparency, and prevent this Court's authority from being undermined by lawless defendants.

### 33. Immediate preservation and production of all police, 911, courtroom, surveillance, and law enforcement audio/video materials

Plaintiff respectfully demands that this Court issue an immediate preservation and production order compelling all relevant departments, including police agencies, sheriff offices, courthouse AV staff, and emergency services, to:

- Produce all 911 call logs, audio, and metadata tied to any incident involving Plaintiff;
- Preserve and deliver all dashcam, bodycam, and jailhouse surveillance footage from any seizure, encounter, or detention of Plaintiff;
- Provide internal access logs, video redactions, and chain of custody details for all court-based video/audio records involving Plaintiff's appearances, hearings, or alleged violations.

Multiple incidents described in this complaint—including physical seizure, tasing, excessive use of force, arrest attempts, and courthouse retaliation—are believed to be captured on police or court-issued AV equipment. Plaintiff has been unable to access this evidence through state channels.

This relief is mandatory to verify Plaintiff's claims, protect the evidentiary foundation of this case, and deter further concealment or destruction of government-held proof.

### 34. Declaratory relief waiving or rejecting any page limits, formatting objections, or artificial procedural constraints

Plaintiff respectfully demands that this Court reject any attempt to limit, restrict, or dismiss this action based on page count, formatting style, or artificial length-based rules designed to suppress the gravity and complexity of this case.

This case documents one of the most extreme campaigns of retaliation, fraud, obstruction, and racketeering ever recorded against a single litigant in the history of Title IV-D enforcement, family court abuse, and coordinated government corruption. Attempting to reduce these events to a few sanitized pages would itself be an act of injustice.

Defendants in this action are government officials, attorneys, judges, and law enforcement agents who are paid salaries by the people to uphold the Constitution. It is their job to read the truth, every single word of it. If they don't want to read 100+ pages detailing the harm they've inflicted, they shouldn't be committing the violations in the first place.

The truth doesn't fit in a footnote. Justice isn't subject to an arbitrary character limit. And no party involved in this lawsuit, especially those funded by taxpayers, has any right to complain about the length of a complaint documenting the systemic destruction of a father's life and relationship with his children.

Accordingly, Plaintiff demands that this Court declare that:

- No page count, word count, or formatting objections shall be considered grounds for dismissal, rejection, or delay;

- The full complaint, exhibits, and affidavit shall be accepted as complete and necessary for adjudication;

- Any Defendant raising such objections shall be treated as acting in bad faith or obstruction, subject to sanctions if necessary.

## 35. Protective injunction prohibiting harassment of Plaintiff's mother or use of family members to intimidate, surveil, or retaliate

Plaintiff demands that this Court immediately issue a protective order barring all defendants, including law enforcement, prosecutors, court officers, and their affiliates from making any further contact with Plaintiff's mother, her residence, or any family property connected to her.

Defendants have already shown a disturbing pattern of retaliation, not just against Plaintiff, but against anyone connected to him. Plaintiff's mother has been harassed at her home, subjected to intimidation tactics, and used as a proxy pressure point in a campaign designed to destabilize and control Plaintiff.

This is a blatant violation of constitutional protections against retaliation, unwarranted searches, surveillance, and family-based intimidation. Using innocent family members to inflict pressure on a litigant is not only immoral, it is unconstitutional.

Accordingly, Plaintiff demands that the Court:

- Issue an immediate injunction prohibiting any contact, appearance, or surveillance directed at Plaintiff's mother or her property;

- Order the sealing and destruction of any records, recordings, or intelligence gathered from such improper actions;

- Declare that all family retaliation violates Plaintiff's rights under the First, Fourth, and Fourteenth Amendments and will not be tolerated during or after litigation.

## 36. Leave to modify damages claims and allocate specific amounts per defendant as discovery proceeds

Plaintiff respectfully demands that this Court grant leave to amend, update, or supplement the damages requested in this complaint, both as a total and as to individual defendants, as discovery progresses and more facts are uncovered.

Given the ongoing nature of retaliation, the expanding scope of injuries, and the complexity of the enterprise described herein, it is impossible at this stage to assign precise dollar amounts for every act and actor. Many harms are still developing. Many actors' identities are still concealed.

Accordingly, Plaintiff requests the Court:

- Grant leave to increase the total amount of damages requested as more injuries are uncovered and/or as more parties are discovered;

DOC 21

- Permit Plaintiff to assign or reallocate damages to specific defendants individually or jointly, based on discovery;

- Ensure no final ruling on relief limits or scope shall be made until full fact-finding is complete.

This is standard judicial procedure in civil rights and RICO actions, and it is especially essential where multi-party collusion and obstruction are involved. No Defendant should be prematurely shielded from financial accountability simply because the full extent of their conduct is still being uncovered.

### 37. Jury Trial Enforcement and Judicial Oversight Demand

Plaintiff respectfully demands that this Court formally recognize, enforce, and protect his absolute constitutional right to a trial by jury on all claims and factual disputes triable by jury, as guaranteed under the Seventh Amendment to the United States Constitution, Rule 38 of the Federal Rules of Civil Procedure, and applicable statutory law.

Plaintiff explicitly asserts this right for every claim in this action, including but not limited to:

- Violations of civil rights under 42 U.S.C. §§ 1983, 1985, 1986;

- Claims under the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. §§ 1962 and 1964;

- Declaratory and injunctive relief rooted in constitutional violations;

- All factual determinations related to damages, credibility, conduct, conspiracy, intent, and pattern of behavior by Defendants.

Furthermore, Plaintiff unequivocally objects to the assignment of any part of this case to a Magistrate Judge for final decision-making, recommendation, or adjudication. This includes all dispositive motions, evidentiary hearings, rulings on relief, and findings of fact or law.

Given the scope of the constitutional violations, the public importance of the issues raised, and the severity of the allegations against judicial officers, prosecutors, and law enforcement, it would be improper, unjust, and unconstitutional for any non-Article III judge to preside over final rulings in this matter.

Accordingly, Plaintiff demands that this Court:

- Formally enter this jury trial demand on the record and in the docket;

- Deny and reject any delegation of authority to a Magistrate Judge unless Plaintiff provides separate, written consent (which is not and will not be given);

- Preserve the right to a full jury trial on all claims so triable under law and equity.

Justice demands a jury of the People, not bureaucratic backchannels or judicial shortcuts. This is a case of national constitutional importance, and the outcome must rest with those empowered by the Constitution to decide: a jury of peers and an Article III judge sworn to uphold the law.

**38. $100,000,000+ in damages relief under RICO, plus treble damages for financial losses, emotional distress, and harm caused by the pattern of racketeering activity**

Plaintiff seeks damages in excess of $100,000,000 pursuant to 18 U.S.C. § 1964(c), which provides a private right of action for individuals injured by violations of the Racketeer Influenced and Corrupt Organizations Act (RICO). Plaintiff further demands treble damages as authorized by statute, based on the willful, ongoing, and coordinated pattern of racketeering activity perpetrated by the named defendants.

This enterprise, composed of judges, prosecutors, law enforcement officials, court clerks, private actors, and political allies, engaged in a sustained campaign of fraud, retaliation, defamation, obstruction, document falsification, unlawful seizures, and malicious prosecution, all designed to financially cripple, silence, and destroy the Plaintiff for daring to assert his rights and defend his children.

Plaintiff has suffered catastrophic harm, including but not limited to: loss of parental rights, reputational destruction, targeted financial hardship, physical and emotional trauma, intentional psychological abuse, Uranium Poisoning, career sabotage, and repeated violations of his constitutional liberties under color of law. These acts were not isolated errors; they form a calculated and provable racketeering scheme conducted by individuals abusing their power in coordination with one another across multiple institutions.

Given the severity, scope, and duration of the enterprise's actions, Plaintiff is entitled not only to compensatory damages for the measurable harm inflicted, but to punitive and statutory treble damages to reflect the gravity of the misconduct and deter future abuse by government and quasi-government actors.

Accordingly, Plaintiff seeks an award of not less than $100,000,000 in total damages, with leave to increase this amount as further evidence and discovery develop, and demands treble damages under RICO as prescribed by law.

## JURISDICTION & VENUE

This Court has subject matter jurisdiction over this action pursuant to:

- 28 U.S.C. § 1331, because this case arises under the Constitution and laws of the United States, including but not limited to the First, Fourth, Fifth, Sixth, Ninth, Thirteenth, and Fourteenth Amendments,

- 42 U.S.C. §§ 1983, 1985, and 1986 (civil rights violations),

- 18 U.S.C. §§ 241 and 242 (criminal conspiracy and deprivation of rights under color of law), and

- 18 U.S.C. §§ 1962 and 1964 (civil RICO claims).

This Court also has supplemental jurisdiction over all related state law claims pursuant to 28 U.S.C. § 1367(a), because those claims arise from a common nucleus of operative fact and form part of the same case or controversy under Article III of the United States Constitution.

This Court has authority to grant declaratory and injunctive relief under 28 U.S.C. §§ 2201 and 2202, and may award attorney's fees and costs pursuant to 42 U.S.C. § 1988, and other applicable statutes.

Venue is proper in this District under 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claims occurred within the District of Kansas, and many of the Defendants reside or are employed within this District.

Respectfully Submitted

Tyler Blanchard

/s/ Tyler Blanchard

One Of The People/Gods Child

tylerdane1990@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was sent to the clerk for filing this 2nd day of July 2025.

| | | |
|---|---|---|
| Sarah F. Hill #21182 | Andrew J. Jennings | Christopher T. Wilson #15527 |
| 142 North Cherry, Suite 200 | 150 W Santa Fe St | Beam-Ward, Kruse, Wilson, & |
| Olathe Kansas 66061 | Olathe KS 66061 | Fletes, LLC |
| sarah@hilllawkc.com | (913) 715-3300 | 8645 College Blvd, STE 250 |
| (913) 232-2445 | | Overland Park, KS 66210 |
| Attorney | | cwilson@bkwflaw.com |
| | | Attorney |
| | | |
| Rhiannon Zinuticz/Shaffer | Teresa Spradley | Andrew Henderson |
| 13834 S. Mullen St | 431 Oak Circle | 150 W Santa Fe St |

DOC 2 1

Olathe KS 66062
rhiannonzinuticz@gmail.com

Gardner KS 66030

Olathe KS 66061
(913) 715-3300

Joann Woltman
150 W Santa Fe St
Olathe KS 66061
(913) 715-3300
Judge/Hearing Officer

Alison Schneider
Kansas Judicial Center
301 SW 10th Avenue
Topeka KS 66212
(785) 296-3229

Wayne Smith
150 W Santa Fe St
Olathe KS 66061
(913) 715-3300

Johnson County KS Sheriff Dept
27747 W 159th St
New Century KS 66031

Olathe KS Police Department
501 E Old 56 Highway
Olathe KS 66061

Gardner KS Police Department
Gardner Justice Center
16540 Moonlight Rd
Gardner KS 66030

Teresa Markos
141 Mission Parkway
New Century Air Center, KS 66031
(913) 715-7725
teresa.markos@jocogov.org

Teresa Catalano-Johnson
150 W Santa Fe St
Olathe KS 66061
(913) 715-3300
Teresa.Catalano@jocogov.org

Amanda Evans
150 W Santa Fe St
Olathe KS 66061
(913) 715-3300

Anthony Bukaty
Kansas Judicial Center
301 SW 10th Avenue
Topeka KS 66212
(785) 296-3229

Douglas Shima
Kansas Judicial Center
301 SW 10th Avenue
Topeka KS 66212
(785) 296-3229

Associates at Hope Harbor LLC
5800 Foxridge Dr Suite 400
Mission KS 66202
(913) 710-5744
pballard@hopeharborkc.com

Rippling
2443 Fillmore St #380-7361
San Francisco CA 94115
support@rippling.com

Internal Revenue Service
1111 Constitution Ave, NW
Washington DC 20224

Project Healthy Minds Corporation
PO Box 8073
New York, NY 10116
alex.jilla@projecthealthyminds.com

University of Kansas Health System
20333 West 151st Street
Olathe KS 66061
(913) 791-4200

Advent Health
9100 West 74th Street
Shawnee Mission KS 66204

State of Kansas
Kris W. Kobach
120 SW 10th Ave, 2nd Floor
Topeka KS 66212
solicitors@ag.ks.gov

DOC 2.1

Siemens Gamesa Renewable Energy
4400 North Alafaya Trail Q2
Orlando FL 32826
info@siemensgamesa.com

Charles Droege
150 W Santa Fe St
Olathe KS 66061
(913) 715-3300

KS Department for Children & Families
Child Support Services
PO Box 497
Topeka KS 66601
marcilyn.martinez2@ks.gov
(785) 220-8405
1-888-757-2445

Robert F. Kennedy Jr
Health & Human Services
200 Independence Ave, S.W
Washington DC 20201

Pamela Bondi
US Attorney General
US Dept of Justice
950 Pennsylvania Ave NW
Washington DC 20530
(202) 514-2000

Duston J. Slinkard
Acting US Attorney
1200 Epic Center
301 N Main
Wichita KS 67202
(316) 269-6481

Curtis Sample
150 W Santa Fe St
Olathe KS 66061
(913) 715-3300

Laura Brewer
150 W Santa Fe St
Olathe KS 66061
(913) 715-3300

_____/s/ Tyler Blanchard_____
Tyler Blanchard

DOC 2.1



**UNITED STATES POSTAL SERVICE**®

**PRIORITY MAIL EXPRESS**®

EJ 934 636 918 US

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)   PHONE ( )

Blanchard
P.O. Box 16
Iola KS 66749

**DELIVERY OPTIONS** (Customer Use Only)

☐ **SIGNATURE REQUIRED** Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
     *Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)   PHONE ( )

U.S. District Court
Attn: CLERK
500 State Ave Rm. 259
Kansas City Ks 66101

**ZIP + 4®** (U.S. ADDRESSES ONLY)

6 6 1 0 1 - _ _ _ _

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

◄ **PEEL FROM THIS CORNER**

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 66783 | 7-9-25 | $ 44.30 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| | ☑ 6:00 PM | $ | $ |

| Time Accepted | | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 4:24 ☐ AM ☑ PM | | $ | $ |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ | $ | $ 44.30 |

| Weight | ☐ Flat Rate | Acceptance Employee Initials | |
|---|---|---|---|
| 6 5.10 oz | | SMH | $ |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

Iola Ks 66749
Blanchard
P.O. Box

US District
Attn: Clerk
500 State Ave, R
Kansas City KS 661