# UNITED STATES DISTRICT COURT

for the

DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| Tyler Dane Blanchard | ) | |
| *Plaintiff* | ) | |
| | ) | Civil Action No: |
| v. | ) | |
| | ) | TBD |
| Gardner KS Police Department | ) | |
| *Defendant* | ) | |
| *Et. Al.* | ) | |

# RICO TABLE OF CONTENTS

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

DOC 0

# RICO TABLE OF CONTENTS

| DOC # | DOC TITLE |
|---|---|
| 0 | RICO Table Of Contents |
| 1 | Plaintiff's Sworn Affidavit Of Civil/Constitutional Rights Violations, Corruption/Collusion/Racketeering, Retaliation, Unprecedented Judicial Bias, And The Weaponization/Abuse Of The Judicial System In Complete Bad Faith |
| 2 | Plaintiff's Emergency Complaint |
| 2.1 | Plaintiff's Emergency Complaint Supplement – Full Federal RICO Defendant List – Emergency Relief Requested – Jurisdiction |
| 3 | Motion To Convene A Federal Grand Jury Under The Fifth Amendment And Federal Law |
| Z | Exhibit Z – Interrogatory Package For: Joann Woltman, Rhiannon Zinuticz/Shaffer, Teresa Spradley, Patrol Sergeant Justin Weathers, JOCO Sheriff's Byron Roberson, Prosecutor Andrew J. Jennings, Prosecutor Andrew Henderson, House Arrest Tyrant Teresa Markos, Judge Wayne Smith, Judge Curtis Sample, Attorney Sarah F. Hill, Attorney Christopher T. Wilson, KORA Representative Laura Brewer, Teresa Catalano-Johnson, Clerk Amanda Evans, Clerk Alison Schneider, Clerk Anthony Bukaty, Chief Clerk Doug Shima, Chief Judge Charles Droege, and KS Attorney General Kris Kobach That I Put Together To File In Johnson County Court In Order To Get My Malicious PFA Case, My Malicious/False Allegation DV Case, & My Malicious Violation Of A Protective Order Case Dropped. That Johnson County Court (Chief Judge Charles Droege) Refused To File |
| A | Exhibit A – Sworn Witness Affidavit of False "DV" Accusation |
| B | Exhibit B – "DV" Investigation Email Chain – Sergeant Justin Weathers |
| C | Exhibit C – URANIUM POISONING Lab Results From 11/27/24 |
| D | Exhibit D - Psychological Sabotage/Warfare and/or Covert Criminal Framing – UNBELIEVABLY CREEPY/SKETCHY BLOODY BAGS PLANTED IN MY FREEZER (I FOUND 3/31/25) |
| G | Exhibit G – Exhibit G Rhiannon Zinuticz/Shaffer's Fraudulent Mechanics Lien |

Respectfully Submitted

Tyler Blanchard

/s/ Tyler Blanchard

One Of The People/Gods Child

tylerdane1990@gmail.com

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was sent to the clerk for filing this 2nd day of July 2025.

| | | |
|---|---|---|
| Sarah F. Hill #21182<br>142 North Cherry, Suite 200<br>Olathe Kansas 66061<br>sarah@hilllawkc.com<br>(913) 232-2445<br>Attorney | Andrew J. Jennings<br>150 W Santa Fe St<br>Olathe KS 66061<br>(913) 715-3300 | Christopher T. Wilson #15527<br>Beam-Ward, Kruse, Wilson, & Fletes, LLC<br>8645 College Blvd, STE 250<br>Overland Park, KS 66210<br>cwilson@bkwflaw.com<br>Attorney |
| Rhiannon Zinuticz/Shaffer<br>13834 S. Mullen St<br>Olathe KS 66062<br>rhiannonzinuticz@gmail.com | Teresa Spradley<br>431 Oak Circle<br>Gardner KS 66030 | Andrew Henderson<br>150 W Santa Fe St<br>Olathe KS 66061<br>(913) 715-3300 |
| Joann Woltman<br>150 W Santa Fe St<br>Olathe KS 66061<br>(913) 715-3300<br>Judge/Hearing Officer | Alison Schneider<br>Kansas Judicial Center<br>301 SW 10th Avenue<br>Topeka KS 66212<br>(785) 296-3229 | Wayne Smith<br>150 W Santa Fe St<br>Olathe KS 66061<br>(913) 715-3300 |
| Johnson County KS Sheriff Dept<br>27747 W 159th St<br>New Century KS 66031 | Olathe KS Police Department<br>501 E Old 56 Highway<br>Olathe KS 66061 | Gardner KS Police Department<br>Gardner Justice Center<br>16540 Moonlight Rd<br>Gardner KS 66030 |
| Teresa Markos<br>141 Mission Parkway<br>New Century Air Center, KS 66031<br>(913) 715-7725 | Teresa Catalano-Johnson<br>150 W Santa Fe St<br>Olathe KS 66061<br>(913) 715-3300<br>Teresa.Catalano@jocogov.org | Amanda Evans<br>150 W Santa Fe St<br>Olathe KS 66061<br>(913) 715-3300 |

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

DOC 0

teresa.markos@jocogov.org

Anthony Bukaty
Kansas Judicial Center
301 SW 10th Avenue
Topeka KS 66212
(785) 296-3229

Douglas Shima
Kansas Judicial Center
301 SW 10th Avenue
Topeka KS 66212
(785) 296-3229

Associates at Hope Harbor LLC
5800 Foxridge Dr Suite 400
Mission KS 66202
(913) 710-5744
pballard@hopeharborkc.com

Rippling
2443 Fillmore St #380-7361
San Francisco CA 94115
support@rippling.com

Internal Revenue Service
1111 Constitution Ave, NW
Washington DC 20224

Project Healthy Minds Corporation
PO Box 8073
New York, NY 10116
alex.jilla@projecthealthyminds.com

University of Kansas Health System
20333 West 151st Street
Olathe KS 66061
(913) 791-4200

Advent Health
9100 West 74th Street
Shawnee Mission KS 66204

State of Kansas
Kris W. Kobach
120 SW 10th Ave, 2nd Floor
Topeka KS 66212
solicitors@ag.ks.gov

Siemens Gamesa Renewable Energy
4400 North Alafaya Trail Q2
Orlando FL 32826
info@siemensgamesa.com

Charles Droege
150 W Santa Fe St
Olathe KS 66061
(913) 715-3300

KS Department for Children & Families
Child Support Services
PO Box 497
Topeka KS 66601
marcilyn.martinez2@ks.gov
(785) 220-8405
1-888-757-2445

Robert F. Kennedy Jr
Health & Human Services
200 Independence Ave, S.W
Washington DC 20201

Pamela Bondi
US Attorney General
US Dept of Justice
950 Pennsylvania Ave NW
Washington DC 20530
(202) 514-2000

Duston J. Slinkard
Acting US Attorney
1200 Epic Center
301 N Main
Wichita KS 67202
(316) 269-6481

Curtis Sample
150 W Santa Fe St
Olathe KS 66061
(913) 715-3300

Laura Brewer
150 W Santa Fe St
Olathe KS 66061
(913) 715-3300

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

/s/ Tyler Blanchard

Tyler Blanchard

"The Only Thing Necessary For The Triumph Of Evil Is For Good Men To Do Nothing."

"We'll Preserve For Our Children This, The Last Best Hope Of Man On Earth - Or We'll Sentence Them To Take The Last Step Into A Thousand Years Of Darkness"

PS: Circumcision Is LITERALLY Child Mutilation/Torture/Child Abuse. But GOD FORBID This Country Protect Men Right?

DOC 0

STATE OF KANSAS )
COUNTY OF Crawford ) ss:

My legal name is Tyler Blanchard ("Affiant")

Being duly sworn, hereby swear under oath that:

NOTARY PUBLIC - State of Kansas
OLIVIA LILLICH
My Appt. Expires 4/1/26

Olivia Lillich
6/30/25