# EXHIBIT A

STATE OF KANSAS      )
                     ) ss:
COUNTY OF Johnson    )
_____)

On the day of Feb. 27, 2025 We decided to take the kids to breakfast before taking them home. Rhiannon Zinuticz was parked in front of the driveway blocking both ways out. We walked out of the house and proceeded to get the two children in the car seats. When Rhiannon exited her vehicle and approached our vehicle acting erratic and yelling in front of the children, telling Tyler to get out of the way and trying to grab the children from the buckled car seats. The children said, "I want to go get breakfast with my dad." Tyler moved around Rhiannon without physically contacting her in any way. He shut the children's car door as normal. He proceeded to move around her to get in the driver's side door and made zero physical contact. She tried blocking the door. We turned the truck on and made sure she was out of the way to avoid running into Rhiannons vehicle. She stood in the driveway and proceeded to shout more words. I was in the front seat reassuring the children that everything is okay. We went about our day, the kids described it as "the best day with dad ever!"

I solemnly swear that this is the truth, the statements above are true and accurate.

*[Signature: Mercedes Rushing]*    3/18/25

Name: Mercedes Rushing

Subscribed and sworn to before me this 18 day of March, 2025.

My Appointment Expires: 6/4/28       Notary Public *[Signature]*

*[Notary stamp:]*
AMY JOHNSON
Notary Public-State of Kansas
My Appt. Expires 6/4/28