# EXHIBIT B

From: Justin Weathers jweathers@gardnerkansas.gov
Subject: Request for an Interview
Date: Feb 28, 2025 at 12:13:44 PM
To: TYLERDANE1990@gmail.com

Tyler D. Blanchard,

I am writing this email to request an interview with you regarding a matter which occurred on the morning of 02/27/2025 at 825 N. Spruce Street. There were allegations made regarding your actions during this incident. I would like to meet you for an interview if you are willing to speak with me regarding this matter. If you would like to provide an in-person verbal statement regarding this matter, please respond to this email or call me using the phone number provided below. If you do not wish to speak to me regarding this incident, please respond to this email to let me know if you do not wish to provide a statement. If I do not receive a response or phone call from you by tomorrow (03/01/2025) at 8:00 AM, I will take the lack of response as a refusal to cooperate with my investigation related to Gardner PD case No. 2500484.

Respectfully,

**Justin Weathers #723**
**Patrol Sergeant**
**Gardner Police Department**
16540 Moonlight RD.
Gardner, KS 66030
913-856-7312 x3723
Fax 913-856-5733
jweathers@gardnerkansas.gov



EXHIBIT B

From: Ty tylerdane1990@gmail.com
Subject: Re: Request for an Interview
Date: Mar 4, 2025 at 12:19:56 PM
To: Justin Weathers jweathers@gardnerkansas.gov



**Tap to Download**
24-2290 FILED DE 22.pdf
2.8 MB

Nice timing. How predictable...
Do be aware you and all the other cops and sheriffs are retaliating against me since one of your cops/sheriffs violated my rights and harmed me and caused immense damages and pain and suffering and lost opportunity costs by forcibly coming in my house July 2023 without a search warrant and tasing me for zero logical reason, to which I will be suing anybody everybody involved very soon. So like I said nice timing.

Do also take notice of my federal lawsuit versus "Judge" Woltman.

If you'd like me to add you and all your buddy pals to the federal suit for colluding conspiring and racketeering with the totality of all these situations and all the criminal scumbags involved, please just let me know and I'll be happy to do so.

Play the he said she said bullshit all you want. Your job is to protect the public and the safety of the public, and to uphold the constitution. Maybe start with investigating Johnson County judge Woltman for violating her judicial oath and the Kansas constitution and claiming authority to steal property and children, unconstitutionally and illegally WITHOUT even a trial by jury, which if you read the Kansas constitution, it is INVIOLATE (required) by the plain text of the constitution. So like I said, maybe start there and stop harassing We The People & taxpayers and go after the real criminals who like to wear robes and call themselves judges while violating their judicial oath, the constitution, and apparently claim the power of God to tell fit, loving parents how much time they can spend with their own children. All orders repugnant to the constitution are absolutely NULL & VOID & are simply advisory orders that hold zero fucking weight.

Don't worry, I won't get my hopes up that you'll actually investigate Judge Woltman

EXHIBIT B

and have a sheriff go arrest her, like a God-fearing constitution respecting all American sheriff would do immediately.

Don't contact me again. Leave me alone and stop harassing me and retaliating against me.

This message is sent with the love, the light, and the wisdom of Jesus Christ. God bless.

> On Feb 28, 2025, at 12:13 PM, Justin Weathers <jweathers@gardnerkansas.gov> wrote:
>
>
> Tyler D. Blanchard,
>
> I am writing this email to request an interview with you regarding a matter which occurred on the morning of 02/27/2025 at 825 N. Spruce Street. There were allegations made regarding your actions during this incident. I would like to meet you for an interview if you are willing to speak with me regarding this matter. If you would like to provide an in-person verbal statement regarding this matter, please respond to this email or call me using the phone number provided below. If you do not wish to speak to me regarding this incident, please respond to this email to let me know if you do not wish to provide a statement. If I do not receive a response or phone call from you by tomorrow (03/01/2025) at 8:00 AM, I will take the lack of response as a refusal to cooperate with my investigation related to Gardner PD case No. 2500484.
>
>
> Respectfully,
>
>
> **Justin Weathers #723**
> **Patrol Sergeant**
> **Gardner Police Department**
> 16540 Moonlight RD.
> Gardner, KS 66030
> 913-856-7312 x3723
> Fax 913-856-5733