# EXHIBIT C

# TYLER BLANCHARD

Name: TYLER BLANCHARD
Date of Birth: 10-02-1990
Gender: Male
Age: 34
Height:
Weight:

Telephone:
labmanager@testsmartlylabs.com
Street Address: 6600 College Blvd
ste 205 Overland Park, KS 66211
Email:

**FINAL REPORT**

Accession ID: 2411276297

Fasting:

## Provider Information

Practice Name: All Test Smartly Labs
Provider Name: Michael Catausan, MD(7829)
Phlebotomist: 608

Telephone: +18168009699
Address: 6600 COLLEGE BLVD, SUITE 205, OVERLAND PARK, KS 66211

## Report Information

● Current Result  ◉ Previous Result   | In Control | Moderate | Risk

## Specimen Information

| Sample Type | Collection Time | Received Time | Report | Final Report Date |
|---|---|---|---|---|
| Metal Free Urine | 2024-11-27 22:00 (GMT) | 2024-11-29 19:27 (GMT) | Heavy Metals – Urine - P2 | 2024-12-07 00:23 (GMT) |

 Test not performed    Refer to risks and limitations at the end of report   (Notes) Refer to Lab notes at the end of the table

Vibrant Wellness
3521 Leonard Ct, Santa Clara, CA 95054
1-866-364-0963 | support@vibrant-america.com | www.vibrant-america.com

EXHIBIT C

Patient Name: TYLER BLANCHARD
Date of Birth: 10-02-1990   Accession ID: 2411276297
Service Date: 2024-11-27 22:00 (GMT)

# Heavy Metals – Urine

## INTRODUCTION

Vibrant Wellness is pleased to present to you, 'Heavy Metals panel', to help you make healthy lifestyle, dietary and treatment choices in consultation with your healthcare provider. It is intended to be used as a tool to encourage a general state of health and well-being. The Heavy Metals is a test to measure levels of Heavy Metals that someone might be exposed to. The panel is designed to give a complete picture of an individual's levels of these metals in urine. Reference ranges were determined based on NHANES data (cdc.gov/nhanes) if available and other reference ranges are established based on urine samples from 1000 apparently healthy, unprovoked, unmedicated and unsupplemented individuals.

## Methodology:

The Vibrant Heavy metals uses Inductively coupled plasma mass spectrometry (ICP-MS) for quantitative detection of heavy metals in urine. Urine creatinine is measured using a kinetic colorimetric assay based on the Jaffé method. All heavy metals are reported as the quantitative result normalized to urine creatinine to account for urine dilution variations.

## Interpretation of Report:

The report begins with the summary page which lists only the heavy metals whose levels are high or moderate based on the reference range. Additionally, the previous value is also indicated to help check for improvements every time the test is ordered. Following this section is the complete list of the heavy metals and their absolute levels are normalized with respect to Creatinine in a histogram format to enable a full overview along with the reference ranges. The level of the heavy metals with reference range is shown with three shades of color – Green, Yellow and Red. The result in green corresponds to 0th to 75th percentile indicates mild exposure to the respective heavy metal. The result in yellow corresponds to 75th to 95th percentile indicates moderate exposure to the respective heavy metal whereas the result in red corresponding to greater than 95th percentile indicates high exposure to the heavy metal. All contents provided in the report are purely for informational purposes only and should not be considered medical advice. Any changes based on the information should made in consultation with the clinical provider.

The Vibrant Wellness platform provides tools for you to track and analyze your general wellness profile. Testing for the Heavy Metals panel is performed by Vibrant America, a CLIA certified lab CLIA#:05D2078809. Vibrant Wellness provides and makes available this report and any related services pursuant to the Terms of Use Agreement (the "Terms") on its website at www.vibrant-wellness.com. By accessing, browsing, or otherwise using the report or website or any services, you acknowledge that you have read, understood, and agree to be bound by these terms. If you do not agree to accept these terms, you shall not access, browse, or use the report or website. The statements in this report have not been evaluated by the Food and Drug Administration and are only meant to be lifestyle choices for potential risk mitigation. Please consult your healthcare provider/dietitian for medication, treatment or lifestyle management. This product is not intended to diagnose, treat, or cure any disease.

## Please note:

Pediatric ranges have not been established for this test. It is important that you discuss any modifications to your diet, exercise, and nutritional supplementation with your healthcare provider before making any changes.



Patient Name: TYLER BLANCHARD
Date of Birth: 10-02-1990   Accession ID: 2411276297
Service Date: 2024-11-27 22:00 (GMT)

# Heavy Metals – Urine - Summary

## Heavy Metals

| Test Name | Current | Previous | Result (75th — 95th) | Reference |
|---|---|---|---|---|
| Uranium^ (ug/g) | 0.04 | | 0.02 — 0.04 | ≤0.04 |

### POSSIBLE SOURCES
Contaminated food and water, dermal exposures, and inhalation.

### ASSOCIATED RISK
Ingestion of uranium may lead to kidney problems. As a result, the kidneys are the most impacted organ system by uranium exposure, both chronic and acute. Uranium may also impact DNA and cause chromosomal abnormalities. The main manifestation of uranium exposure is the cellular depletion of antioxidants which increases oxidative stress. Altered genomic stability and increased oxidative stress are hallmarks of aging. As a result, uranium intoxication may disrupt many biological processes which could lead to the risk of accelerated aging and developing age-associated conditions.

### DETOX SUGGESTIONS
To detoxify uranium from the body, maintain adequate hydration to facilitate urinary excretion and avoid exposure to uranium sources. Chelation therapy is not typically recommended for uranium detoxification due to limited effectiveness and potential risks.

## Creatinine

| Test Name | Current | Previous | Result | Reference |
|---|---|---|---|---|
| Urine Creatinine (mg/mL) | 2.79 | | 0.24 — 2.16 | 0.25-2.16 |

| Specimen Information | Provoking Status | Agent | Dosage |
|---|---|---|---|
| | unavailable | unavailable | unavailable |

EXHIBIT C

# Heavy Metals – Urine

Patient Name: TYLER BLANCHARD
Date of Birth: 10-02-1990   Accession ID: 2411276297
Service Date: 2024-11-27 22:00 (GMT)

## Heavy Metals

| Test Name | Current | Previous | Result (75th – 95th) | Reference |
|---|---|---|---|---|
| Aluminum (ug/g) | 4.81 | | 17.83 – 45.15 | ≤45.15 |
| Antimony^ (ug/g) | <0.02 | | 0.07 – 0.16 | ≤0.16 |
| Arsenic^ (ug/g) | 2.48 | | 11.9 – 52 | ≤52 |
| Barium^ (ug/g) | <1 | | 2.33 – 5.59 | ≤5.59 |
| Beryllium^ (ug/g) | <0.1 | | 0.2 – 0.76 | ≤0.76 |
| Bismuth (ug/g) | <0.1 | | 0.58 – 2.53 | ≤2.53 |
| Cadmium^ (ug/g) | <0.1 | | 0.29 – 0.8 | ≤0.8 |
| Cesium^ (ug/g) | 1.96 | | 6.37 – 10.3 | ≤10.3 |
| Gadolinium (ug/g) | <0.05 | | 0.17 – 0.45 | ≤0.45 |
| Lead^ (ug/g) | <0.1 | | 0.52 – 1.16 | ≤1.16 |
| Mercury^ (ug/g) | <0.1 | | 0.57 – 1.61 | ≤1.61 |
| Nickel (ug/g) | 0.58 | | 6.37 – 12.13 | ≤12.13 |
| Palladium (ug/g) | <0.1 | | 0.15 – 0.2 | ≤0.2 |
| Platinum^ (ug/g) | <0.05 | | 0.1 – 0.9 | ≤0.9 |
| Tellurium (ug/g) | <0.03 | | 0.42 – 0.89 | ≤0.89 |
| Thallium^ (ug/g) | <0.1 | | 0.24 – 0.43 | ≤0.43 |
| Thorium (ug/g) | <0.01 | | 0.02 – 0.07 | ≤0.07 |
| Tin^ (ug/g) | <0.2 | | 1 – 3.72 | ≤3.72 |
| Tungsten^ (ug/g) | <0.04 | | 0.12 – 0.33 | ≤0.33 |
| Uranium^ (ug/g) | 0.04 | | 0.02 – 0.04 | ≤0.04 |

VibrantWellness   Vibrant America Clinical Laboratory Laboratory Director: Dr. Claude O. Burdick, M.D. CLIA: 05D2076809
1-866-364-0963 | Support@vibrant-america.com | www.vibrant-america.com
F1.0.12-61.0.0-1
Pg 4/5

EXHIBIT C

Patient Name: TYLER BLANCHARD
Date of Birth: 10-02-1990   Accession ID: 2411276297
Service Date: 2024-11-27 22:00 (GMT)

# Heavy Metals – Urine

## Risk and Limitations

This test has been developed and its performance characteristics determined and validated by Vibrant America LLC., a CLIA and CAP certified lab. These assays have not been cleared or approved by the U.S. Food and Drug Administration. Vibrant Wellness provides additional contextual information on these tests and provides the report in more descriptive fashion.

Heavy Metals Toxins panel does not demonstrate absolute positive and negative predictive values for any condition. Its clinical utility has not been fully established. Clinical history and current symptoms of the individual must be considered by the healthcare provider prior to any interventions. Test results should be used as one component of a healthcare provider's clinical assessment.

Heavy Metals Panel testing is performed at Vibrant America, a CLIA and CAP certified laboratory. Vibrant America has effective procedures in place to protect against technical and operational problems. However, such problems may still occur. Examples include failure to obtain the result for a specific test due to circumstances beyond Vibrant's control. Vibrant may re-test a sample to obtain these results but upon re-testing the results may still not be obtained. As with all medical laboratory testing, there is a small chance that the laboratory could report incorrect results. A tested individual may wish to pursue further testing to verify any results.

The information in this report is intended for educational purposes only. While every attempt has been made to provide current and accurate information, neither the author nor the publisher can be held accountable for any errors or omissions. Tested individuals may find their experience is not consistent with Vibrant's selected peer reviewed scientific research findings of relative improvement for study groups. The science in this area is still developing and many personal health factors affect diet and health. Since subjects in the scientific studies referenced in this report may have had personal health and other factors different from those of tested individuals, results from these studies may not be representative of the results experienced by tested individuals. Further, some recommendations may or may not be attainable, depending on the tested individual's physical ability or other personal health factors. A limitation of this testing is that many of these scientific studies may have been performed in selected populations only. The interpretations and recommendations are done in the context of these studies, but the results may or may not be relevant to tested individuals of different or mixed ethnicities.

Vibrant Wellness makes no claims as to the diagnostic or therapeutic use of its tests or other informational materials. Vibrant Wellness reports and other information do not constitute medical advice and are not a substitute for professional medical advice. Please consult your healthcare practitioner for questions regarding test results, or before beginning any course of medication, supplementation, or dietary changes.

EXHIBIT C

Uranium Level Comparison (Triple-Checked & Verified)

LABS TAKEN 11/27/24

Your Uranium Level: 0.04000 µg/g creatinine.

NHANES 95th Percentile: 0.00950 µg/g creatinine.

Multiple of NHANES 95th Percentile: 4.21x Higher.

NHANES Median Level: 0.0018 µg/g creatinine.

Multiple of NHANES Median Level: 22.2x higher

**Test Smartly Labs Overland P**

6600 College Blvd        November 27,
Suite 205                         12:5
Overland Park, KS
66211
(913) 444-9696
https://testsmartlylabs.com

Receipt: N26T

Heavy Metals Element Panel    $39
(20 elements)
Regular
Blanchard, Tyler

Total     $399
Cash      $40
Change    $