EXHIBIT D



EXHIBIT D



EXHIBIT D



EXHIBIT D

EXHIBIT D



EXHIBIT D

EXHIBIT D

This pic is just to show one example of how organized I am. I have many many other pics proving this. AKA I know whats in my freezer and whats not.

EXHIBIT D

This pic is just to show one example of how organized I am. I have many many other pics proving this. AKA I know whats in my freezer and whats not.

# EXHIBIT D

This pic is just to show one example of how organized I am. I have many many other pics proving this. AKA I know whats in my freezer and whats not.

