# EXHIBIT G

JD-2024-SL-000561

**MECHANIC LIEN**
**STATEMENT OF CONTRACTOR OR SUBCONTRACTOR**
**K.S.A. 60-1101, ET SEQ**

Amount of Claim  $21,988.00
(An itemized statement of said claim is attached.)

Name of Real Estate Owner  Tyler Dane Blanchard

Name of Supplier/Contractor  Rhiannon L Zinuticz

Name of Sub-Contractor  ___

Name of Claimant  Rhiannon L Zinuticz

Claimant/Business Address  13834 S Mullen St   City Olathe   State KS   Zip Code 66062   Phone (620)212-2754

Legal Description of Property  Genesis Creek Addition No. 2 LT 17 BLK 4 GAC 85 4.17

The said  Rhiannon L Zinuticz  ☒ Custodial obligee / contractor ☐ sub-contractor

claims a lien upon the above described property/premises on account of  unpaid child support  as set forth in the itemized statement hereto attached, which was by said ☐ contractor or ☐ sub-contractor, performed and furnished for and was applied to and was used in the ___

on said property/premises under a contract with  Tyler Dane Blanchard  who is the owner thereof.

The date upon which said work was last performed by claimant was the ___ day of ___, and the date upon which said materials were last furnished by claimant was the ___ day of ___

CLAIMANT'S SIGNATURE  /s/ Rhiannon Zinuticz Blanchard

Subscribed and sworn to before me this  19  day of  November  2024

/s/ Kathy Bender
**Notary Public Clerk or Deputy Clerk**

KATHY BENDER
My Appt. Exp. 11/20/2025

CERTIFICATE OF CLERK OF THE DISTRICT COURT. The above is a true and correct copy of the original instrument filed and recorded in the Court, Tenth Judicial District, Johnson County, Kansas.

Dated this March 21, 2025
Chief Clerk of the District Court
BY  /s/ Carrie Frazee , Deputy

JOCO SELF-HELP 10/22

NC
COURT CLERK-JOCO, KS
'24 NOV 19 PM 2:49

# EXHIBIT G

## INCOME WITHHOLDING FOR SUPPORT

(X) ORIGINAL INCOME WITHHOLDING ORDER/NOTICE FOR SUPPORT (IWO)
( ) AMENDED IWO
( ) ONE-TIME ORDER/NOTICE FOR LUMP SUM PAYMENT
( ) TERMINATION OF IWO                                                      10/07/2024

[ ] Child Support Enforcement (CSE Agency) [X] Court [ ] Attorney [ ] Private Individual/Entity (Check One)
NOTE: This IWO must be regular on its face. Under certain circumstances you must reject this IWO and return it to the sender (see IWO instructions www.acf.hhs.gov/css/resource/income-withholding-for-support-instructions). If you receive this document from someone other than a State or Tribal CSE agency or a Court, a copy of the underlying order must be attached.

State/Tribe/Territory KANSAS
City/County/Dist./Tribe OLATHE/JOHNSON
Private Individual/Entity

Remittance ID (Include w/payment) JO23C002616
Order Identifier JO23C002616
Case ID JO23C002616

Employer/Income Withholder's Name/Address
TYLER BLANCHARD

GARDNER, KS 66030

Employer/Income Withholder's FEIN

BLANCHARD   , TYLER DANE
RE: Employee/Obligor's Name (Last, First, Middle)

XXX-XX-2487
Employee/Obligor's Social Security Number

XX/XX/1990
Employee/Obligor's Date of Birth

| Child(ren)'s Name(s): | Year of Birth: |
|---|---|
| JETT | 2018 |
| NAYVE | 2021 |

ZINUTICZ, RHIANNON L
Custodial Party/Obligee's Name (Last, First, Middle)

ORDER INFORMATION: This document is based on the support or withholding order from Kansas. You are required by law to deduct these amounts from the employee's/obligor's income until further notice.
$1,311.00 per month in current support
$393.30 per month in past due support • Arrears 12 weeks or greater? ( ) yes (X) no
$_____ per month current cash medical support
$_____ per month past-due cash medical support
$_____ per month current spousal support
$_____ per month past-due spousal support
$_____ per other (must specify)
for a Total Amount to Withhold of $1,704.30 per month

### AMOUNT TO WITHHOLD:

You do not have to vary your pay cycle to be in compliance with the support order. If your pay cycle does not match the ordered payment cycle, withhold one of the following amounts:

$393.30 per weekly pay period
$786.60 per biweekly pay period (every two weeks)

$852.15 per semimonthly pay period (twice a month)
$1,704.30 per monthly pay period

Document Tracking ID _____

Income Withholding for Support (IWO)                OMB 0970-0154            Expiration Date: 9/30/2023
ss

# EXHIBIT G

Employer's Name: TYLER BLANCHARD
Employee/Obligor's Name: **BLANCHARD**, **TYLER DANE**
Case Identifier: **JO23C002616**

Employer FEIN:
SSN: **XXX-XX-2487**
Case Identifier: JO23C002616

**REMITTANCE INFORMATION:** If the employee/obligor's principal place of employment is KANSAS (State/Tribe), you must begin withholding no later than the first pay period that occurs 14 days after the date of receipt of this order. Send payment within 7 business days of the pay date. If you cannot withhold the full amount of support for this employee/obligor, withhold 50% of disposable income for all orders. If the obligor is a non-employee, obtain withholding limits from Supplemental Information. If the employee/obligor's principal place of employment is not KANSAS (State/Tribe) obtain withholding limitations, time requirements, and any allowable employer fees from the jurisdiction of the employee/obligor's principal place of employment. State specific withholding limit information is available at: www.acf.hhs.gov/css/resource/state-income-withholding-contacts-and-program-requirements. For tribe-specific contacts, payment addresses, and withholding limitations, please contact the tribe at www.acf.hhs.gov/sites/default/files/programs/css/tribal_agency_contacts_printable_pdf.pdf or https://www.bia.gov/tribalmap/DataDotGovSamples/tld_map.html.

For electronic payment options and centralized payment collection and disbursement facility information (State Disbursement Unit [SDU]), for Kansas see http://kspaycenter.com/pay_support-1.aspx

Include the Remittance ID with the payment and if necessary this locator code: _____

**Remit payment to**     Kansas Payment Center / «Expr»
PO Box 758599, Topeka, KS 66675-8599

[ ] **Return to Sender [Completed by Employer/Income Withholder].** Payment must be directed to an SDU in accordance with sections 466(b)(5) and (6) of the Social Security Act or Tribal Payee (see Payment to SDU below). If payment is not directed to an SDU/Tribal Payee or this IWO is not regular on its face, you must check this box and return the IWO to the sender.

If the employee/obligor works in a State or for a Tribe that is different from the State or Tribe that issued this order, a copy of this IWO must be provided to the employee/obligor.
[ ] If checked, the employer/income withholder must provide a copy of this form to the employee/obligor.

## ADDITIONAL INFORMATION TO EMPLOYERS AND OTHER INCOME WITHHOLDERS

State-specific information for Kansas may be viewed on the website located at:
http://www.dcf.ks.gov/services/CSS/Pages/Income-Withholding-Order-general-information.aspx

Employers/income withholders may use OCSE's Child Support Portal (https://ocsp.acf.hhs.gov/ospl) to provide information about employees who are eligible to receive a lump sum payment, have terminated employment, and to provide contacts, addresses, and other information about their company.

**Priority:** Withholding for support has priority over any other legal process under State law against the same income (section 466(b)(7) of the Social Security Act). If a federal tax levy is in effect, please notify the sender.

**Combining Payments:** When remitting payments to an SDU or tribal CSE agency, you may combine withheld amounts from more than one employee/obligor's income in a single payment.

**Payment To SDU:** You must send child support payments payable by income withholding to the appropriate SDU or to a tribal CSE agency. If this IWO instructs you to send a payment to an entity other than an SDU (e.g. payable to the custodial party, court, or attorney), you must check the box above and return this notice to the sender. Exception: If this IWO was sent by a court, attorney, or private individual/entity and the initial order was entered before January 1, 1994 or the order was issue by a tribal CSE agency, you must follow the "Remit payment to" instructions on this form.

# EXHIBIT G

Employer's Name: TYLER BLANCHARD
Employee/Obligor's Name: **BLANCHARD , TYLER DANE**
Case Identifier: **JO23C002616**

Employer FEIN:
SSN: **XXX-XX-2487**
Case Identifier: JO23C002616

**Reporting the Pay Date:** You must report the pay date when sending the payment. The pay date is the date on which the amount was withheld from the employee/obligor's wages. You must comply with the law of the state (or tribal law if applicable) of the employee/obligor's principal place of employment regarding the time periods within which you must implement the withholding and forward the support payments.

**Multiple IWOs:** If there is more than one IWO against this employee/obligor and you are unable to fully honor all IWOs due to Federal, State, or Tribal withholding limits, you must honor all IWOs to the greatest extent possible, giving priority to current support before payment of any past-due support. Follow the State or Tribunal law/procedure of the employee/obligor's principal place of employment to determine the appropriate allocation method.

**Lump Sum Payments:** You may be required to notify a State or tribal CSE agency of lump sum payments such as bonuses, commissions, or severance pay. Contact the sender to determine if you are required to report and/or withhold lump sum payments.

**Liability:** If you have any doubts about the validity of this IWO, contact the sender. If you fail to withhold income from the employee/obligor's income as the IWO directs, you are liable for both the accumulated amount you should have withheld and any penalties set by state or tribal law/procedure.

_____

_____

_____

_____

**Anti-discrimination:** You are subject to a fine determined under State or Tribal law for discharging an employee/obligor from employment, refusing to employ, or taking disciplinary action against any employee/obligor because of this IWO.

**Withholding Limits:** You may not withhold more than the lesser of: 1) the amounts allowed by the Federal Consumer Credit Protection Act (CCPA) [15 USC §1673 (b)]; or 2) the amounts allowed by the law of the state of the employee's/obligor's principal place of employment, if the place of employment is under tribal jurisdiction. Disposable income is the net income left after making mandatory deductions such as: state, federal, local taxes; Social Security taxes, statutory pension contributions and Medicare taxes. The federal limit is 50% of the disposable income if the obligor is supporting another family and 60% of the disposable income if the obligor is not supporting another family. However, those limits increase 5% —to 55% and 65% —if arrears are greater than 12 weeks. If permitted by the state or tribe, you may deduct a fee for administrative costs. The combined support amount and the fee may not exceed the limit indicated in this section.

Depending upon applicable state or tribal law, you may need to also consider the amounts paid for health care premiums in determining disposable income and applying appropriate withholding limits.

**Arrears greater than 12 weeks?** If the Order Information does not indicate whether the arrears are greater than 12 weeks, then the Employer should calculate the CCPA limit using the lower percentage.

**Supplemental Information:**
Under K.S.A 23-3104(e) you may withhold and keep a fee of $5 for each pay period for which income is withheld, but not more than $10 per month. The fee is in addition to the amount withheld as support.

# EXHIBIT G

Employer's Name: TYLER BLANCHARD
Employee/Obligor's Name: **BLANCHARD, TYLER DANE**
Case Identifier: **JO23C002616**

Employer FEIN:
SSN: **XXX-XX-2487**
Case Identifier: JO23C002616

---

**NOTIFICATION OF EMPLOYMENT TERMINATION OR INCOME STATUS:** If this employee/obligor never worked for you or you are no longer withholding income for this employee/obligor, an employer must promptly notify the CSE agency and/or the sender by returning this form to the address listed in the Contact Information below.

[ ] This person has never worked for this employer nor received periodic income.
[ ] This person no longer works for this employer nor receives periodic income.

Please provide the following information for the employee/obligor:

Termination Date: _____ Last known telephone number: _____

Last known address: _____

Final payment date to SDU/Tribal Payee: _____ Final payment amount: _____

New employer's name: _____

New employer's address: _____

---

**CONTACT INFORMATION:**

**To Employer/Income Withholder:** If you have questions, contact District Court Trustee

by telephone: (913)715-3600, by fax: (913)715-3701, by email or website: DCT-IW@jocogov.org.

Send termination/income status notice and other correspondence to:

District Court Trustee, 150 W Santa Fe St Ste 1400, Olathe KS 66061.

**To Employee/Obligor:** If the employee/obligor has questions, contact District Court Trustee

by telephone: (913)715-3600, by fax: (913)715-3701, by email or website: court-trustee@jocogov.org.

IMPORTANT: The person completing this form is advised that the information may be shared with the employee/obligor.

**Encryption Requirements:**
When communicating this form through electronic transmission, precautions must be taken to ensure the security of the data. Child support agencies are encouraged to use the electronic applications provided by the federal Office of Child Support Enforcement. Other electronic means, such as encrypted attachments to emails, may be used if the encryption method is compliant with Federal Information Processing Standard (FIPS) Publication 140-2 (FIPS PUB 140-2).

**The Paperwork Reduction Act of 1995**
This information collection and associated responses are conducted in accordance with 45 CFR 303.100 of the Child Support Enforcement Program. This form is designed to provide uniformity and standardization. Public reporting for this collection of information is estimated to average two to five minutes per response. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

Income Withholding for Support (IWO)
as

Page 4 of 4

Clerk Of the District Court, Johnson County Kansas
10/08/2024 03:30 AM JL