IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| TYLER DANE BLANCHARD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 25-2376-HLT-RES |
| ) | |
| GARDNER POLICE DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

## CLERK'S EXTENSION OF TIME

Defendants J. Charles Droege, Joann Woltman, Curtis Sample, Wayne Smith, Andrew Jennings, Andrew Henderson, Alison Schneider, Anthony Bukaty, Douglas Shima, Amanda Evans, and Laura Brewer (the "State of Kansas Defendants"), respectfully request a 14-day extension under D. Kan. Rule 77.2 to answer or otherwise respond to the Complaint. The State of Kansas Defendants' answer or other responsive pleading is currently due August 12, 2025. With the requested extension, the State of Kansas Defendants' new deadline to answer or otherwise respond to the Complaint will be August 26, 2025.

IT IS HEREBY ORDERED that the deadline for State of Kansas Defendants to answer or otherwise respond to the Complaint is extended to August 26, 2025.

s/N. Pevato - Deputy Clerk
Clerk of the District Court

Submitted by:

STEVENS & BRAND, LLC

Katherine E. Simpson, KS #26453
900 Massachusetts St – Ste 500
PO Box 189
Lawrence, KS 66044

(785) 843-0811 – Phone
(785) 843-0341 – Fax
ksimpson@stevensbrand.com
Attorneys for the State of Kansas Defendants

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 12th day of August 2025, a true and correct copy of the foregoing was filed with the Clerk of the Court using the District Court CM/ECF system, and the following notified of the same via electronic mail:

      Tyler Dane Blanchard
      Tylerdane1990@gmail.com
      PRO SE